## AMERICAREERS LLC'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT

### LIST OF EXHIBHITS

A.  Declaration of Da Ouyang.
Exhibits numbered with the letter "A" (i.e. A-1 to A-27) are exhibits attached to the Declaration of Da Ouyang

B.  Declaration of Gary Rohland.

C.  Printouts of web pages of Defendant's website "www.chinamart.com".

D.  Plaintiff's Responses to Defendant's Discovery Requests
   D-1. Plaintiff's Response to Defendant's First Set of Requests of Admission
   D-2. Plaintiff's Response to Defendant's First Set of Interrogatories
   D-3. Plaintiff's Response to Defendant's Second Set of Requests for Admission
   D-4. Plaintiff's Response to Defendant's Second Set of Interrogatories
   D-5 Plaintiff's Ceases and Desist Letters to Third Parties Who Used "China Mart"
   D-6 Plaintiff's Brochure

E.  Copies of pages from The American Heritage Dictionary of The English Language (fourth edition). Pages 324 and 1074. Dictionary definitions for the word "China" and "Mart."

F.  The term "China mart" and "China-mart" were used in books published in 1849 and 1858:

   F-1.    Copies of pages from the book entitled "*Adventures of The First Settlers on The Oregon or Columbia River*" by Alexander Ross (Page 5). Published in 1849.

   F-2.    Copies of pages from the book entitled "*Supplementary Despatches and Memoranda of Field Marshal Arthur Duke of Wellington, K.G.*" Edited by His Son: The Duke of Wellington (Page 30). Published in 1858.

   F-3.    Copies of pages from the book entitled "*The British and China Railway, From Rangoon … to The Yunnan…*" by Richard Sprye (Pages 5, 14 and 18). Published in 1858.

G. Copies of pages from a book entitled *Becoming Your Own China Stock Guru* by James Trippon, ISBN 978-0-470-22312-3, (page 78), published in 2008.

H. Copies of pages from a book entitled *Doing Business with China: The Secrets of Dancing with the Dragon*, ISBN 13: 978-0-615-57494-3, (Pages 74 and 75), by Plaintiff's founder Mr. Stephen Perl, published in 2012.

I. Copies of newspaper articles in which the terms "China Mart" and "China mart" were used.

    I-1.    "American Auto Trade Favored in China Mart", *The Canton Repository* (Canton, OH), March 23, 1934.

    I-2.    "N. D. Wheat Group Eyes China Mart", *Aberdeen News* (Aberdeen, SD), May 14, 1971.

    I-3.    "Hope Nixed On Vast China Mart", *Aberdeen news* (Aberdeen, SD), February 28, 1972.

    I-4.    "Toyota sales accelerate in booming China mart." *Yomiuri Shimbun / Daily Yomiuri*, March 03, 2010

    I-5.    "Fruit exporters urged to look at China mart." *Business World* (Philippines), August 11, 2006

.

J. Printout of web page of Defendant's website "www.americareers.com".

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**CHINA MART USA LLC**
a California limited liability company,                    **CASE NO: 1:12-cv-00968**

    Plaintiff and Counterclaim Defendant,                **Hon. Robert J. Jonker**

v.

**AMERICAREERS, LLC d/b/a CHINA MART, LLC**
a Michigan limited liability company,

    Defendant and Counterclaim Plaintiff.

_____/

| | |
|---|---|
| John A. VanOphem (P48804) | Nicholas D. Bowman (P74964) |
| Attorney for Plaintiff and Counterclaim Defendant | Attorney for Defendant and Counterclaim Plaintiff |
| **Bejin VanOphem & Bieneman PLC** | **Waters & Associates PLC** |
| 300 River Place Dr., Ste 1650 | 305B Waters Building |
| Detroit, MI 48207 | 161 Ottawa Ave., N.W. |
| Phone: (313) 528-4882 | Grand Rapids, MI 49503 |
| Fax: (313) 528-6982 | Tel: (616) 242-9550 |
| vanophem@bvbip.com | Fax: (616) 855-0954 |
| | nick@waters-ip.com |

_____/

**DECLARATION OF DA OUYANG IN SUPPORT OF**
**AMERICAREERS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Da Ouyang, hereby declare and state that:

1. I am the President of AmeriCareers LLC d/b/a China Mart, LLC, the Defendant and

Counterclaim Plaintiff (hereinafter "Defendant" or "China Mart, LLC") in the above-

referenced case. I am over the age of 18, and I am competent to provide this declaration. I

1

have personal knowledge of the facts set forth below. If called upon and sworn as a witness, I could and would competently testify as set forth below.

2. I am a Chinese American. While I am in the United States, I have used my English names Dan Ouyang and Daniel Ouyang.

3. I obtained both a Bachelor's degree and a Master's degree in China and a Ph.D. degree in the United States. I am competent to translate Chinese to English and English to Chinese.

4. Since 1999, I have run a business that provides job advertising and career related services. My company AmeriCareers LLC, formerly EduCareer.com LLC, was registered in Michigan in April 2000. The primary purpose of AmeriCareers LLC is to provide job advertising and career related services.

5. In addition to providing the services offered by my company, AmeriCareers LLC, I have had a longstanding interest in taking advantage of my knowledge and connections in both China and the United States by becoming involved in international trading between the two countries.

6. On December 26, 2007, I registered a new company "China Mart, LLC" in the state of Michigan. Although this new company does very different business from the career services, instead of registering "China Mart, LLC" as a completely separate business identity, I chose to register it as an assumed name under my company "AmeriCareers LLC" for convenience.

7. On December 25, 2007, I paid $5,000.00 USD to Mr. Gary Rohland to purchase "ChinaMart.com". The domain was transferred to me on January 2, 2008. Before, during and after the domain name was transferred, it has remained registered with the domain name registrar, GoDaddy.

8. Since the acquisition, it has been my intention to develop an online China trading center or shopping center for selling goods and products made in China on the "ChinaMart.com" website.

9. Since the acquisition, I have continued Mr. Rohland's commercial use of "ChinaMart.com", and have used it for advertising third party services related to Chinese business, China trading, and online shopping during 2008, 2009 and 2010.

10. Since late July 2010, my company website www.ChinaMart.com has been integrated with the world's largest online retailer, Amazon.com, and has been used as Defendant's online China trading and shopping center for selling goods available on Amazon.com, many of which are made in China.

11. I was not aware of the existence of the company "China Mart USA LLC", the Plaintiff and Counterclaim-Defendant in the above-referenced case (hereinafter "Plaintiff" or "CMU"), or Plaintiff's use of the term "China Mart" or "ChinaMart" until I received a letter from Plaintiff's attorney in July 2010.

12. Prior to this lawsuit, I had not approached Plaintiff or made any attempt to sell the domain name "chinamart.com" to Plaintiff.

13. Nor have I ever approached any third party in an effort to sell the domain "chinamart.com" to them.

14. I have believed and continue to believe that the term "China Mart" (or "ChinaMart") is generic or highly descriptive when used in connection with buying and selling goods.

15. On July 22, 2010, Defendant registered the mark "CHINAMART.COM THE SAVINGS CONTINUE" with the state of Michigan. I have used this phrase as a slogan to convey our message to customers that we are selling low cost goods.

16. The term "China Mart" can be translated into Chinese as "中国商贸城" (or "中国商城" in short).

17. I am not aware of any incidents of actual confusion raised between Plaintiff's use of the term "China Mart" or "ChinaMart" and Defendant's use of "ChinaMart.com" or its state registered trademark "CHINAMART.COM THE SAVINGS CONTINUE."

18. After this lawsuit started, China Mart, LLC voluntarily added a disclaimer on every page of its website www.chinamart.com with a statement "China Mart LLC (or ChinaMart.com) is NOT affiliated in any way with CHINA MART USA LLC in LOS ANGELES."

19. In searching for evidence for this case, I was not able to collect information related to the use of "chinamart.com" prior to the year 2005.

20. In searching for evidence for this case, I was unable to collect some information regarding third party's prior uses of "China Mart". I was also unable to locate some witnesses who may have information about their uses of the term "China Mart" prior to Plaintiff's first alleged use of the term. Had Plaintiff brought this case sooner, I would be able to obtain some of those important information regarding third party's prior uses and other information that would be helpful to support my case.

21. On or about August 22, 2013, I searched the domain WHOIS database from the domain registrar website GoGaddy.com and found that, as of August 22, 2013, the following domain names containing the term "China mart" or close variants were registered to third parties (i.e. not Plaintiff or Defendant).

| | | |
|---|---|---|
| ChinaMart.net | iChinaMart.com | China-Market.org |
| ChinaMart.biz | goChinaMart.com | China-Market.info |
| China-Mart.com | ChinaMart4u.com | China-Market.biz |
| China-Mart.net | AllChinaMart.com | ChineseMarket.com |
| China-Mart.org | ChinasMart.com | ChineseMarket.net |
| China-Mart.us | ChinaMarket.com | ChineseMarket.org |

| ChinaMarts.com | ChinaMarket.net | ChineseMarket.info |
| ChineseMart.com | ChinaMarket.org | Chinese-Market.com |
| ChineseMart.net | ChinaMarket.info | MartOfChina.com |
| ChinaMartOnline.com | ChinaMarket.biz | iChineseMarket.com |
| Chinese-Mart.com | China-Market.com | MartChina.com |
| myChinaMart.com | China-Market.net | MartChina.net |
| yourChinaMart.com | BestChinaMart.com | |

It should be noted that some of these domain names were registered several years before Plaintiff's alleged first use of the term "China Mart" or "ChinaMart", these include the domain name "ChinaMart.net" (registered in 2000); "China-Mart.com" (registered in 2003), "ChineseMart.com" (registered in 2002), "China-Mart.us" (registered in 2005); and "ChinasMart.com" (registered in 1999). Some of these domains are currently advertising services similar to those of Plaintiff, as shown below in this declaration.

22. The documents attached as Exhibit A-1 are true and correct copies of printouts and screenshots of Defendant's website www.chinamart.com for advertising third party services including China business, China wholesales, China goods, online shopping, on the date of February 3, 2008, August 17, 2008, November 2, 2008, February 25, 2009, and April 18, 2010, respectively. I personally visited these web pages archived by Internet Archive Wayback Machine (www.archive.org) and ScreenShots.com.

Source:
http://www.screenshots.com/chinamart/2008-02-03
http://web.archive.org/web/20080817052817/http://www.chinamart.com/
http://web.archive.org/web/20081102055315/http://www.chinamart.com/
http://www.screenshots.com/chinamart.com/2009-02-25
http://www.screenshots.com/chinamart.com/2010-04-18

Date visited and printed: 8/30/2013

5

23. The document attached as Exhibit A-2 is a true and correct copy of printout from the website of the Chinese trademark office (i.e., Trademark Office of the State Administration for Industry & Commerce of the People's of Republic of China). On August 31, 2013, I personally visited the Chinese government official website. This printout shows the record of trademark information in the database of the Chinese trademark office, regarding Plaintiff's application to register the mark "China Mart" in China. The record shows the following:

> Applicant: CHINA MART USA LLC
> (Chinese name: 中国商贸城美国有限公司)
> Application Filing date: December 12, 2007
> International Class: 35
> Serial No.: 6432707
> Priority date: June 12, 2007
> Mark status: invalid

Source: http://sbj.saic.gov.cn/sbcx/

Date visited and printed: 8/31/2013

24. The documents attached as Exhibit A-3 are true and correct copies of printouts of web pages from Plaintiff's website that I personally visited.

Source: http://www.chinamartusa.com/what-is-chinamart/

Date visited and printed: 9/20/2013

25. The documents attached as Exhibit A-4 are true and correct copies of printouts from the web pages of the website www.china-mart.com, which is owned and / or operated by a third party located in the U.S. I personally visited, browsed and/or searched the website for contents on

the website that are related to China wholesales, products made in China, China trade shows, loans for business, legal service and business consulting.

Source: http://www.china-mart.com

Dates visited and printed: 9/19/2013 and 9/23/2013.


26. The documents attached as Exhibit A-5 are true and correct copies of printouts from the web pages of the website  www.chinesemart.com, which is owned and / or operated by a third party located in the U.S. I personally visited, browsed and/or searched the website for contents on the website that are related to online shopping, business consulting, financing and legal service.

Source: http://www.chinesemart.com

Date visited and printed: 8/18/2013 and 9/23/2013.


27. The documents attached as Exhibit A-6 are true and correct copies of printouts from web pages of the website  www.chinamart.net, which is hosted in the U.S and its contents are provided by a third party, DomainSponor, located in the U.S. I personally visited, browsed and/or searched the website for contents on the website that are related to China trade, China business, business consulting, small business finance, and legal services.

Source: http://www.chinamart.net

Date visited and printed: 9/19/2013 and 9/23/2013.


28. The documents attached as Exhibit A-7 are true and correct copies of printouts from web pages of the website  www.china-mart.us, which is hosted in the U.S. and its contents are

provided by a third party, Register.com, located in the U.S. I personally visited and browsed

the website. The website shows information related to business, sales, marketing, ecommerce,

small business and office supplies.

Source: http://www.china-mart.us

Date visited and printed: 9/19/2013.


29. The documents attached as Exhibit A-8 are true and correct copies of printouts from web

pages of the website www.chinamart.co that I personally visited. The website shows

information related to China online shop, China suppliers, product of China, Company in

China, and importers from China, etc. The domain WHOIS records show that this domain

name was registered by an individual in the U.S.

Source:

http://www.china-mart.co

Date visited and printed: 9/20/2013.

http://www.godaddy.com (for domain WHOIS)

Date visited and printed: 8/22/2013.


30. The documents attached as Exhibit A-9 are true and correct copies of printouts and

screenshots of a third party's website www.BestChinaMart.com that are archived by

Screenshots.com and the current website. I personally visited these archived web pages and

the current web page. The web pages were archived on May 21, 2006, March 27, 2007, May

25, 2007, March 10, 2007 and December 4, 2007 respectively. The archived web pages show

that electronics were being sold on the website under the brand name "Best China Mart"

since May 21, 2006, until at least December 4, 2007. The current web site shows commercial

advertisements related to China manufacturers and online shopping, etc. The domain WHOIS

record shows that the domain was registered by an individual in the US since January 4, 2006.

> Source:
> http://www.screenshots.com/bestchinamart.com/2006-05-21
> http://www.screenshots.com/bestchinamart.com/2007-03-27
> http://www.screenshots.com/bestchinamart.com/2007-05-27
> http://www.screenshots.com/bestchinamart.com/2007-10-07
> http://www.screenshots.com/bestchinamart.com/2007-12-04
> http://www.bestchinamart.com
> http://www.godaddy.com (for domain WHOIS)

> Date visited and printed: 8/25/2013 and 9/15/2013.

31. The documents attached as Exhibit A-10 are true and correct copies of printouts from web

pages of the following news media websites that I personally visited. The news release and

news report, which describe a company planning to open a China Mart in South Florida,

were published on November 3, 2004, November 15, 2004, and January 15, 2005

respectively.

Source:

http://www.globenewswire.com/news-release/2004/11/03/318100/66819/en/China-Direct-
Management-Team-Returns-From-Successful-Mission-To-China.html

http://www.globenewswire.com/news-release/2004/11/15/318745/67584/en/China-Direct-
Trading-Corp-to-Open-China-Mart-in-South-Florida.html

http://articles.sun-sentinel.com/2005-01-10/business/0501070723_1_auto-insurance-
insurance-fraud-insurance-claims

Date visited and printed: 8/25/2013 and 8/28/2013.

32. The documents attached as Exhibit A-11 are true and correct copies of printouts from news

media web pages archived by the website http://www.newsbank.com that I personally visited

and searched. This is a news report about a company intending to build a China mart in St. Louis Missouri, published by *St. Louis Post-Dispatch* on February 27, 2009.

Source: http://nl.newsbank.com/

Date visited and printed: 9/2/2013.

33. The documents attached as Exhibit A-12 are true and correct copies of printouts from web pages of the website http://www.chinamart.ae that I personally visited. This website is created by Chinese in United Arab Emirates for business news and other resources. It offers an online digital magazine called "CHINAMART 杂志" (also as "chinamart 杂志"). The Chinese word "杂志" means magazine in English. It has published news related to China international trading.

Source: http://www.chinamart.ae

Date visited and printed: 9/12/2013 and 9/23/2013.

34. The documents attached as Exhibit A-13 are true and correct copies of printouts from web pages of the following websites that I personally visited. These websites advertised the announcements of annual trade shows that were named as "China Mart" in 1998, 1999 and 2000, and which were held in China.  An excerpt from the announcement of China Mart '99 includes:

"China Mart '99 will be an opportunity for companies to meet over 10,000 buyers from China's supermarket and retail sectors. The event will be held in Guangzhou,Guangdong Province, China."

A-13-1          China Mart '98

               Source: http://business.highbeam.com
               http://www.chinatoday.com/inv/a01.htm

10

Date visited and printed: 9/2/2013

A-13-2      China Mart '99

Source: July 1999 Issue of *Wine Business Monthly* archived page:
http://web.archive.org/web/19991115225852/http://smartwine.com/wbm/1999/0799/calendar.htm

Date visited and printed: 9/4/2013

A-13-3      China Mart '2000

Source: http://www.teaandcoffee.net/0700/calendar.htm

Date visited and printed: 9/2/2013

35. The documents attached as Exhibit A-14 are true and correct copies of printouts of web pages from the following news media web site that I personally visited. The article was published by *Youngtown News* on April 10, 2011. An excerpt from the article states: "Last spring I was in Walmart, which local talk show host Louie Free calls 'China mart.'" Source:

http://www.vindy.com/news/2011/apr/10/8216made-in-china8217-is-norm/

Date visited and printed: 9/2/2013.

36. The documents attached as Exhibit A-15 are true and correct copies of printouts and screenshots of web pages from the following web sites that I personally visited. These printouts and screenshots show other China Marts in other parts of the world, either incorporating their location in their business name or using a Chinese name that is not a direct translation of the English term "China Mart".

11

A-15-1.       China Mart in Riyadh, Saudi Arabia
              Chinese name: 沙特中国商城

              Source: http://www.chinamartksa.com/index.html

              http://www.ndtv.com/article/business/china-mart-worth-80-mn-opens-in-riyadh-63974

              Excerpt:
              "Dubai: A USD 80-million worth China Mart spread over an area of 100,000 square meters has been inaugurated in the Saudi capital of Riyadh.

              The mart, which will accommodate about 250 shops displaying Chinese-made products from 12 different sectors including home appliances, furniture, electronic and electrical items, ceramics and decor accessories, is expected to further boost bilateral relations between Saudi Arabia and China."

              http://www.saudigazette.com.sa/index.cfm?method=home.regcon&cotentID=2010110186531

              Date visited and printed: 9/2/2013 and 9/5/2013.

A-15-2.       Budapest China Mart in Hungary
              Chinese name: 匈牙利中国品牌产品贸易中心（中国商城）

              Source: http://www.chinamart.org.cn
              http://www.chinamart.hu

              Book: *Chinese in Eastern Europe and Russia*. (ISBN-13: 9780203933961). by Pál Nyiri. (page 94), published in 2007.

              Excerpt:
              "China Mart opened in 2003 with approximately four hundred shops with a space of around 25,000 square metres (Nemet 2002)."

              http://books.google.com/books?id=u7IIkcj0JN0C&pg=PA94&dq=%22china+mart%22#v=onepage&q=%22china%20mart%22&f=true

              Date visited and printed: 9/24/2013.

A-15-3.       China Mart in Johannesburg, South Africa
              Chinese name: 百家商城
              (Note: The Chinese name "百家商城" for this company is not a direct translation of the English name "China Mart".)

12

Source: http://chinamart-mall.co.za

Excerpt:
"China mart was established in 2003 consists of 120 direct importers, through 8 years development, China mart become a well-known Chinese shopping centre, the commodities are famous for very competitive price and good quality with latest design and colors etc."

Book: *Africa Rising: How 900 Million African Consumers Offer More Than You Think* (ISBN-13: 9780132716116),  by Vijay Mahajan, (page 15), published in 2011.

Excerpt:
"One crisp morning in May 2006, I drove through the archway of 'China Mart,' a sprawling wholesale metropolis in Johannesburg. Gold was what first brought Europeans to Johannesburg during the gold rush of the 1800s. Now, in the Crown Mines section of the city, there is a new gold rush, centered around the consumer goods of China Mart. This wholesale mall contained 126 shops surrounded by a gate …."

http://books.google.com/books?id=6V1wB4mze5QC&pg=PA15&dq=%22china+mart%22#v=onepage&q=%22china%20mart%22&f=true

Date visited and printed: 9/24/2013.

A-15-4.      Toronto China Mart, Canada
             Chinese name: 多伦多中国贸易中心

             Source:
             http://www.gjsq.com/chinese/news/news050610005.htm

             http://zhs.cawebdir.com/business/5155719/%E5%A4%9A%E4%BC%A6%E5%A4%9A%E4%B8%AD%E5%9B%BD%E8%B4%B8%E6%98%93%E4%B8%AD%E5%BF%83Toronto-China-Mart-Inc.

             Date visited and printed: 8/25/2013 and 9/24/2013.

A-15-5       China Product Wholesale Mart in Singapore
             (website: http://www.ChinaMart.sg)
             Chinese name: 新加坡中国商品国际批发市场

             Source:
             http://web.archive.org/web/20120305170115/http://www.chinamart.sg/index_en.php    (web page archived on 3/5/2012)

             Date visited and printed: 9/24/2013.

13

A-15-6.        China Mart in Iran
               Chinese name: 伊朗中国商贸城

               Source: http://baike.baidu.com/view/3740684.htm
               (Introduction about the China Mart in Iran, written in Chinese)

               Data visited and printed: 9/24/2013

37. The documents attached as Exhibit A-16 are true and correct copies of printouts of web

    pages from the following websites that I personally visited. The printouts show an

    organization called "Overseas China Marts Association (OCMA)" was created on June 22th,

    2013 in Shenzhen, China. It helps promote international trading with China and cooperation

    among overseas China Marts.

    Excerpts from the news articles:

    "Inaugural Meeting of Oversea China Marts Association Successfully Held"

    "OCMA provide a new oversea sales and marketing platform for Chinese high quality
    enterprises and products to implement the strategy of 'going out' and 'introduced to'
    successfully…"

    Source:

    http://www.investorag.com/news_detail.asp?id=13
    http://www.chinamex.cn/english/show.asp?id=197
    http://www.comexholdings.com/en/MediaCenter/Details/240

    Date visited and printed: 9/26/2013

38. The documents attached as Exhibit A-17 are true and correct copies of printouts of web

    pages from Plaintiff's website that I personally visited.

    Source: http://www.chinamartusa.com/faq/

    Date visited and printed: 9/24/2013.

14

39. The document attached as Exhibit A-18 is true and correct copy of printout of web page from Florida state government website that I personally visited and searched the results with the keyword "china mart". The results show that at least 3 companies have used the term "China Mart" for their business names.

   Source:  http://search.sunbiz.org/Inquiry/CorporationSearch/ByName

   Date visited and printed: 9/24/2013.


40. The document attached as Exhibit A-19 is true and correct copy of printout of web page from California state government website that I personally visited and searched the results with the keyword "china mart". The results show that at least 3 companies have incorporated the words "China" and "Mart" in their business names.

   Source: http://kepler.sos.ca.gov/

   Date visited and printed: 9/24/2013.


41. The documents attached as Exhibit A-20 are true and correct copies of printouts of web pages from the following Chinese government newspaper website that I personally. The news article discussed the situation and issues when more and more China Marts are being set up all over the world.

   Source: http://chinese.people.com.cn/GB/42314/5899584.html  (published on 6/22/2007)

   Date visited and printed: 9/24/2013.

42. The documents attached as Exhibit A-21 are true and correct copies of printouts of web pages from the following Chinese websites that I personally visited.

This following news article reported that Plaintiff started China Mart Los Angeles project in October 2007.  Plaintiff formally used its Chinese name "洛杉矶中国商贸城" (i.e. "China Mart Los Angeles" in English). This Chinese name was prominently shown in its news conference.

Source:

http://gd.news.sina.com.cn/finance/2007-10-18/3768465.html (published on 10/18/2007)

Date visited and printed: 9/24/2013.


This following article reported that China's Canton Fair partnered with Plaintiff to set up the first China Mart in the U.S., "洛杉矶中国商贸城" (i.e. "China Mart Los Angeles" in English), published on October 18, 2007.

http://www.mofcom.gov.cn/aarticle/subject/jckjyhi/lanmuerf/200710/20071005163624.html

Date visited and printed: 9/28/2013.


Plaintiff has also used the same Chinese name "洛杉矶中国商贸城" (i.e. "China Mart Los Angeles") as its official Chinese business name on its website www.chinamart.us (see Exhibit D-3 for Bates Nos. AMC000028 – AMC000035, attached to Defendant's Brief in Support of Its Motion for Partial Summary Judgment). In addition, it shows that Plaintiff has used the registered sign (®) next to its Chinese name "洛杉矶中国商贸城", a term that has not been registered with the U.S. PTO.

43. The document attached as Exhibit A-22 is true and correct copy of printout of a web page from the US online shopping site "eBay.com" that I personally visited. It shows that an eBay online store named "Fashion China Mart".

Source: http://stores.ebay.com/Fashion-China-Mart

Date visited and printed: 8/25/2013.

44. The documents attached as Exhibit A-23 are true and correct copies of printouts of web pages from the following websites that I personally visited. These web pages show consumers often refer the US retailers Wal-Mart, K-Mart and other stores as a "China Mart."

A-23-1.    Excerpt:
           "Canton, MI. Town With Chinese Name Votes For Bigger China-Mart"

           Source: http://www.sprawl-busters.com/search.php?readstory=2297

           Date visited and printed: 9/2/2013.

A-23-2.    Excerpt:
           "Should Wal-Mart officially change their name to China-Mart?"

           Source:
           http://answers.yahoo.com/question/index;_ylt=AmL1bu8oY4UqvVQZH8
           Wre5AjzKIX;_ylv=3?qid=20101117131448AABhztu

           Date visited and printed: 8/27/2013.

A-23-3.    Excerpt:
           "Should Wal-Mart just become China-Mart?"

           Source: http://www.sodahead.com/united-states/should-wal-mart-just-become-
           china-mart/question-199108/

           Date visited and printed: 9/24/2013.

A-23-4.    Excerpt:
           "I'm boycotting china-mart!"

           "Which China-Mart-

17

Target, K Mart, Wal-Mart…Any other big chain store…"

Source: http://www.ar15.com/archive/topic.html?b=1&f=5&t=562833

Date visited and printed: 9/1/2013.

A-23-5.    Excerpt:
"To say Wal Mart is the only 'China Mart' is an outright lie. Everyone from Wal Mart to Menards, Lowes, Home Depot, Sears, Dillards and every other re[t]ailer has vast quantities of items made in China, Vie Nam and other places."

Source: http://qconline.com/archives/qco/display.php?id=575027

Date visited and printed: 9/1/2013.

A-23-6.    Excerpt:
"K-Mart & Sears?"

"Another China Mart just like Wally World. I hope the lines are shorter."

Source: http://www.archerytalk.com/vb/archive/index.php/t-126670.html

Date visited and printed: 9/1/2013.

A-23-7.    Excerpt:
"One Small Town's Battle Against China-Mart"

"One may think that a Wal-Mart story is a local matter. Before you dismiss this…"

Source: http://virtualmatter.blogspot.com/2006/05/one-small-towns-battle-against-china.html

Date visited and printed: 9/1/2013.

A-23-8.    Excerpt:
"How many shop at CHINA-MART? (Wal-Mart)"

"I love the 'chinamart' comment…."

Source: http://answers.yahoo.com/question/index;_ylt=AsBjbpjYLKOyrVvj5ZRRtg0jzKIX;_ylv=3?qid=1006050616518

Date visited and printed: 8/27/2013

18

A-23-9.    Excerpt:
"I thought China-Mart (Wal-mart) runs this country?"

Source:
http://answers.yahoo.com/question/index;_ylt=AkfrKW1A9ADcZJ76ZI9D
sKMjzKIX;_ylv=3?qid=20080131133845AAVe6FT

Date visited and printed: 8/27/2013

A-23-10.    Excerpt:
"What American made product have you bought at Walmart ?

"it should be called China-Mart."

Source:
http://answers.yahoo.com/question/index;_ylt=AqRh34_fm6wP3CR1jfLU3Bs
jzKIX;_ylv=3?qid=20090312123426AACpyer

Date visited and printed: 8/27/2013

A-23-11.    Excerpt:
"Those $4 generic prescriptions down at China-Mart (Wal-Mart)...?"

Source:
http://answers.yahoo.com/question/index;_ylt=Ah7G4BXjnSEHIZg2a6jP4go
jzKIX;_ylv=3?qid=20080325064612AAIjAqW

Date visited and printed: 8/27/2013.

A-23-12.    Excerpt:
"What happened to 'buy american' as most of US shops Wal mart AKA China
mart?"

Source:
http://answers.yahoo.com/question/index;_ylt=ApT9OIbuiuc2RC5kLAC
OmrYjzKIX;_ylv=3?qid=1006040702320

Date visited and printed: 8/27/2013.

A-23-13.    Excerpt:
"Should Walmart really be called China Mart?"

Source: http://answers.yahoo.com/question/index;_ylt=AjAqFXjBtPvc.SLe
HDdLKj8jzKIX;_ylv=3?qid=20110202112733AAriqcd

Date visited and printed: 8/27/2013.

19

A-23-14.    Excerpt:
            "Should Wal-mart change their name to China-Mart?"

            Source:
            http://answers.yahoo.com/question/index;_ylt=AsMkOPzLaLP7eOJKnBr
            U9RUjzKIX;_ylv=3?qid=20091121220756AArYXwe

            Date visited and printed: 8/27/2013

A-23-15.    Excerpt:
            "You can buy them now at China-mart...errr i mean Wal-mart."

            Source:
            http://answers.yahoo.com/question/index;_ylt=AnsjwQOQ9CI5NFCOIFB
            9hAgjzKIX;_ylv=3?qid=20090118181851AAyf3Vw

            Date visited and printed: 8/27/2013.

A-23-16.    Excerpt:
            "Best time to by a TV from Walmart?"

            "You know, I love to see comments like China-Mart and Buy from local
            businesses etc. Lets get something straight,"

            Source:
            http://answers.yahoo.com/question/index;_ylt=AiMYykkBrRkTjIN.k.vHWAI
            jzKIX;_ylv=3?qid=20081112082622AAWF83a

            Date visited and printed: 8/27/2013.

A-23-17.    Excerpt:
            "Would it change your shopping habits if the name of the company was 'China
            Mart' instead of 'Wal-Mart'?"

            Source: http://www.sprawl-busters.com/search.php?readstory=696

            Date visited and printed: 9/2/2013.

A-23-18.    Excerpt:
            "As a result, big box-stores like Walmart, Kmart, ACE Hardware, dollar stores,
            computer and cell phone stores, etc., have become little more than China-
            marts."

            Source:
            http://www.thedailytimes.com/Your_Voice/story/Lost-manufacturing-jobs-we-

did-it-ourselves-id-027408

Date visited and printed: 9/26/2013

45. The documents attached as Exhibit A-24 are true and correct copies of printouts of web pages from Plaintiff's website and / or its affiliated website that I personally visited. These printouts show Plaintiff's uses or its permitted uses of its marks for services such as publishing service and use of the registered sign (®) to the term "China Mart USA ®" that Plaintiff has not registered with the U.S. PTO.

Source:

http://doingbusinesswithchina.net

http://www.chinamartusa.com/doing-business-with-china-the-secrets-of-dancing-with-the-dragon-by-stephen-perl/

Date visited and printed: 9/25/2013.

46. The documents attached as Exhibit A-25 are true and correct copies of printouts of web pages from third party websites that I personally visited. These printouts show some additional third parties' online ChinaMarts that are accessible from the United States through the World Wide Web.

A-25-1.        WebChinaMart.com

Source: http://www.WebChinaMart.com

Date visited and printed: 9/25/2013

A-25-2.        CHINA MART INDUSTRIAL CO.:

Source: http://www.china-mart.com.hk/

Date visited and printed: 8/27/2013

21

A-25-3.        e-ChinaMart Online Store:

               Source: http://www.e-chinamart.com

               Date visited and printed: 9/24/2013

A-25-4.        Chinamart.in

               Source: http://www.chinamart.in

               Date visited and printed: 9/25/2013.

A-25-5.        UaeChinaMart.com

               Source: http://www.uaechinamart.com

               Date visited and printed: 9/25/2013.

A-25-6.        ChinaMart

               Source: http://china-mart.com.ua

               Date visited and printed: 9/25/2013.

A-25-7.        ChinaMart

               Source: http://chinamart.com.ua

               Date visited and printed: 8/25/2013.

A-25-8.        JerseysChinaMart.com

               Source: www.jerseyschinamart.com

               Date visited and printed: 9/25/2013.

A-25-9.        CHINAMART.jp

               Source: http://chinamart.jp/en/about

               Date visited and printed: 8/25/2013.

A-25-10.       japanChinaMart.com

               Source: http://www.japanchinamart.com/

Date visited and printed: 8/25/2013.

47. The documents attached as Exhibit A-26 are true and correct copies of printouts and

screenshots of archived and current web pages from Defendant's website

www.chinamart.com. I personally visited these web pages archived by Screenshots.com and

Archive.org. No web page was archived during 2012 because web archiving was blocked by

Defendant's "robots.txt" program placed on Defendant's server.

A-26-1.          Screenshot of the web page of the website www.chinamart.com
                 archived by Screenshots.com on August 6, 2010

                 Source:  http://www.screenshots.com/chinamart.com/2010-08-06

                 Date visited and printed: 9/25/2013.

A-26-2.          Printout of the web page from the website www.chinamart.com archived
                 by Wayback Machine on February 22, 2011

                 Source:
                 http://web.archive.org/web/20110202211128/http://chinamart.com/

                 Date visited and printed: 9/25/2013

A-26-3.          Printout of the web page from the website www.chinamart.com archived
                 by Wayback Machine on February 6, 2013

                 Source:
                 http://web.archive.org/web/20130206231959/http://www.chinamart.com/

                 Date visited and printed: 9/25/2013.

A-26-4.          Printouts of web pages from the current website www.chinamart.com on
                 September 25, 2013

                 Source: http://www.chinamart.com

                 Date visited and printed: 9/25/2013.

23

48. The documents attached as Exhibit A-27 are true and correct copies of the specimens

Plaintiff had submitted to the U.S. Patent and Trademark Office (the PTO) when Plaintiff

applied to register its alleged marks "China Mart" and "ChinaMart". I personally visited the

PTO website and downloaded the .PDF file of Plaintiff's specimens from the PTO's

Trademark Status & Document Retrieval (TSDR) system on 9/29/2013.

Source: http://www.uspto.gov

Date visited and downloaded / printed: 9/29/2013.

A-27-1.        Copy of the specimen Plaintiff submitted to the PTO on October 8,
               2008 for registering Plaintiff's alleged mark "China Mart" (Serial
               No. 77204344 and Reg. No 3537975).

               Excerpts from Plaintiff's specimen:

               "China Mart's main goal is to grow its Chinese Manufactures sales
               in the U.S…."

               "We provide consultation services in financing, legal affairs, tax,
               HR and accounting etc. to help you improve your business in the
               U.S."

A-27-2.        Copies of the specimen Plaintiff submitted to the PTO on March 25,
               2011 for registering Plaintiff's alleged mark "ChinaMart" (Serial
               No. 85205245 and Reg. No. 4011626).

               Excerpts from Plaintiff's specimen:

               "For the first time in U.S. history, the China Mart® and
               ChinaMart™, a wholesale/showroom facility, has been created in
               Los Angeles to facilitate the growth and investment for Chinese
               manufacturers. China Mart® is located at Los Angeles International
               Airport (LAX) area. China Mart® is a unique marketing platform
               for Chinese manufacturers to easily create their own U.S. customer
               base."

               "The China Mart® Los Angeles provides the widest range of
               Chinese products and provides the most comprehensive service
               package to its tenants…. China Mart® provides key service to
               Chinese manufacturers, such as financing support through its

partner, 1st PMF Bancorp, to provide working capital/ trade financing supporting the Chinese SME's sales growth in the U.S.. China Mart® also has programs designed to create marketing plans, and sales implementation programs for quick sales penetration into U.S. markets."

"ChinaMart provides staffing and payroll services to insure your company payes the appropriate taxes and carries the proper insurances required by State and federal governments. ChinaMart also provides accounting services to maintain books which is especially important to candidates in applying for L1 Investor visas. ChinaMart also provides a host of financial and legal supportive services for your business and immigration needs. You can feel at ease that simple translation, or location services for housing or schools are also provided. The ChinaMart business platform strives to your One-Stop Solution to success in opening the U.S. Market."

I declare that all statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and further that these statements are made with the knowledge that willful, false statements and the like so made constitute perjury and are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 the United States Code.

Dated: _September 30, 2013_____

By: _____
    Da Ouyang

25

# Exhibit A-1

  ChinaMart.com - China M ×  

← → C | www.screenshots.com/chinamart.com/2008-02-03

# ChinaMart.com Screenshot History



◁| Feb 3rd, 2008 |▷

Aug 6th, 2010                                        Aug 28th, 2005

## Now Viewing Screenshot Taken Feb 3rd, 2008





Quickbooks
**Point of Sale**   intuit

✓ Easy inventory management
✓ Quick customer insights
✓ Accept credit cards
✓ Free 30 day trial

**Start Free Trial**   intuit.

### Screenshot Details

The most recent screenshot for this website was taken on Aug 6th, 2010.

We check this website for updates periodically. When we checked 132 days ago, we did not see any significant changes.

We have 16 historic screenshots of ChinaMart.com dating back to Aug 28th, 2005.

Our earliest WHOIS history record for the ChinaMart.com domain was first recorded in the year 2001.

The registrant on the WHOIS record for this domain is associated with about 1 domain.

There are 35,805,904 domains hosted on the same name servers as ChinaMart.com.

View the complete WHOIS record for ChinaMart.com.

queue screenshot for update

**Get the FREE Screenshots API**



Welcome to ChinaMart.com

China Mart
China Market
China Goods
China Suppliers
Buy And Save
Outsourcing
Online Coupons
Direct Buy

China Mart          China Market

China Goods          China Suppliers

Search

Copyright © 2008 chinamart.com. All Rights Reserved.

Home Legal



http://www.chinamart.com/    Go

SEP | NOV | DEC
45 captures    2
3 Feb 05 - 31 May 13    2007 | 2008 | 2011

# CHINAMART.COM



## Sponsored Listings

**Cash Advance**
Get An Advance On Your Salary Today. It's Easy!
www.creditloan.com

**China Manufacturing**
Find Now. Fast & Easy Resources for China Manufacturing
aaparty.com

**China Manufacturing**
Find China Manufacturing. Compare the top industrial sites.
www.industrialsourcebook.com

**Bad Credit Auto Loans**
Zero Money Down, 100% Bank Financed New & Used Cars, SuVs & Trucks
We-Finance-Bad-Credit.com

**China Manufacturing**
News on China Manufacturing topics. Check us out!
newsbyewoss.biz/ChinaManufacturing

**China Manufacturer**
Find the best suppliers from China & Hong Kong at TDC online sourcing
www.hktdc.com

**China Cultural Fusion**
Great deals on vacations to China, Hong Kong & Macau
www.ChinaCulturalFusion.com

**China Manufacturing**
Looking for China Manufacturing? See our China Manufacturing guide.
paopen4business.state.pa.us

**China Manufacturing**
Looking for China manufacturing? Check out our selections.
mastgeneralstore.com

**China Manufacturing**
Looking For China Manufacturing? See Our China Manufacturing Guide.
kellyscornerstore.com



Search: [          ] Search

### Related Searches

▶ **Money Mart Payday**
▶ **China Women**
▶ **Money**
▶ **China China Travel**
▶ **Travel by Train in China**
▶ **Visa for Travel to China**
▶ **China Tour**
▶ **Suppliers**
▶ **Shanghai**
▶ **Learn Chinese**

Search: [          ] Search

  ChinaMart.com - China M ✕

← → C 🔒 www.screenshots.com/chinamart.com/2009-02-25 🔲 ☆ 〈◑〉 ≡

## ChinaMart.com Screenshot History



◄◄ Feb 25th, 2009 ►►

Aug 6th, 2010                                    Aug 28th, 2005

### Now Viewing Screenshot Taken Feb 25th, 2009





Privacy

**amazon** Product Ads
an amazon services product

### Screenshot Details

The most recent screenshot for this website was taken on Aug 6th, 2010.

We check this website for updates periodically. When we checked 132 days ago, we did not see any significant changes.

We have 16 historic screenshots of ChinaMart.com dating back to Aug 28th, 2005.

Our earliest WHOIS history record for the ChinaMart.com domain was first recorded in the year 2001.

The registrant on the WHOIS record for this domain is associated with about 1 domain.

There are 35,805,904 domains hosted on the same name servers as ChinaMart.com.

View the complete WHOIS record for ChinaMart.com.

queue screenshot for update

**Get the FREE Screenshots API**



ChinaMart.com - China M... ×

www.screenshots.com/chinamart.com/2010-04-18

# ChinaMart.com Screenshot History



◁ Apr 18th, 2010 ▷

Aug 6th, 2010                                   Aug 28th, 2005

## Now Viewing Screenshot Taken Apr 18th, 2010





THE 2013
MAZDA3
WITH SKYACTIV® TECHNOLOGY®

THE ONLY THING REGULAR ABOUT
IT IS THE FUEL IT RUNS ON.

GET THIS OFFER

Legal

### Screenshot Details

The most recent screenshot for this website was taken on Aug 6th, 2010.

We check this website for updates periodically. When we checked 132 days ago, we did not see any significant changes.

We have 16 historic screenshots of ChinaMart.com dating back to Aug 28th, 2005.

Our earliest WHOIS history record for the ChinaMart.com domain was first recorded in the year 2001.

The registrant on the WHOIS record for this domain is associated with about 1 domain.

There are 35,805,904 domains hosted on the same name servers as ChinaMart.com.

View the complete WHOIS record for ChinaMart.com.

queue screenshot for update

Get the FREE Screenshots API

# Exhibit A-2

## 商标的详细信息

| 注册号/申请号 | 6432707 | 国际分类号 | 35 | 申请日期 | 2007-12-12 |
|---|---|---|---|---|---|

| 申请人名称(中文) | 中国商贸城美国有限公司 | 申请人地址(中文) | 美国加利福尼亚州90265马利布市海岸线大道18431号 |
|---|---|---|---|
| 申请人名称(英文) | CHINA MART USA LLC | 申请人地址(英文) | 18431 COASTLINE DRIVE,MALIBU,CALIFORNIA,UNITED STATES,90265 |

| 商标图像 | CHINA MART | 商品/服务列表 | 广告;数据通讯网络上的在线广告;货物展出;商业专业咨询;商业管理咨询;人事管理咨询;会计;组织商业或广告展览;市场研究;商业信息; 查看详细信息 ... | 类似群 | 3501 3502 3504 3507 |
|---|---|---|---|---|---|

| 初审公告期号 | | 注册公告期号 | |
|---|---|---|---|
| 初审公告日期 | | 注册公告日期 | |
| 专用权期限 | | | 年 |
| 后期指定日期 | | 国际注册日期 | |
| 优先权日期 | 2007-06-12 | 代理人名称 | 北京东方亿思知识产权代理有限责任公司 |
| 指定颜色 | | 商标类型 | 普通商标 |
| 是否共有商标 | 否 | 备注 | 商标已无效。 |
| 商标流程 | | | |

前一页　后一页

仅供参考，无任何法律效力，请核实后使用

| 打 印 | | 关 闭 |
|---|---|---|

# Exhibit A-3



# Sales & Marketing Platform for US and Chinese

# Companies

## +1-310-410-8888

| Company | Services | Financial Services | Products | News & Events | Videos | FAQ | Login |
|---|---|---|---|---|---|---|---|
| Blog | | | | | | | |

## What is ChinaMart?

ChinaMart is a service and support platform to facilitate sales of U.S. and Chinese products between both countries.  Our specialty is creating branded products and creating sales channels for our clients.  We have successfully worked with many clients over the years.  Many of our clients are U.S. based with products to sell to China or major U.S. retailers.  For more information, please feel free to call or email us.

Search this website…

### New To China

If you join, you w

- Updates on U
  Strategies
- Access to Fre
- Updates on S
  ChinaMart
- Tips on Open
  China from S
  ChinaMart &
  with China

Member Sign In

Get Sa

### Latest News

Is this the Golden

New Book Releas

iDeaUSA reviewe

# Exhibit A-4



china-mart.com

This domain may be for sale. Click here for more information.

| Related Searches | Alibaba China | Learn Chinese China | China Shop | Electronics China | Shanghai Hotels China |

**Related Searches**

**Chinesse Dress**

**Kids Dress Clothes**

**Children Clothes**

**China Clothes**

**Products Made in China**

**Jewelry Wholesale China**

**China Suppliers**

**Product of China**

**Buy from China**

**Company in China**

Sponsored Listings for **China Wholesales**

> **China Wholesale** Online
> Buy Direct from **China** Factories. Free Shipping from **China** to US.
> www.dhgate.com/
>
> Join DHGate                    Hair Extensions
> 2013 Homecoming Dresses        Up to 50% Off Products

> **Wholesale** Clothing
> Latest trends & lowest **wholesale** prices. New Arrivals everyday.
> www.neo**wholesale**.com/

> **China Wholesale** Online
> **Wholesale** Clothing shoes From **china** Best **wholesale** prices, From $7
> www.martof**china**.com/

> **Wholesale** clothing
> amazing tendy collection **wholesale** women's clothing
> www.**wholesale**story.com/

> **China Wholesale**
> **China** Best Electronics **Wholesale**. Factory Price+Huge Range.Buy Now.
> www.ahappydeal.com/
>
> ahappydeal.com is rated   (441 reviews)

> **Wholesale** Dropshippers
> Get Info On **Wholesale** Dropshippers Access 10 Search Engines At Once.
> www.info.com/**Wholesale**Dropshippers

> Nothing But **Wholesale**
> Supplying Boutiques and Chains. Specializing in Women's Apparel.
> www.springimportusa.com/

> DX **Wholesale** Online
> Over 130,000 Gadgets, Free Shipping **Wholesale** from **China** Factories Now!
> www.dx.com/
>
> New Arrivals in August        Upgrade Your Gopro
> DX Staff Picks                New Arduino Starter Kits

> AliExpress Official Site
> More Goods,Lower Price,Best Buy On Top **Wholesale** Platform.Join Now!
> www.aliexpress.com/



# china-mart.com

This domain may be for sale. Click here for more information.

| Related Searches | Alibaba China | Made in China Products | Shanghai Hotels China | China Shop | Electronics China |
| --- | --- | --- | --- | --- | --- |

**Chinesse Dress**

**Kids Dress Clothes**

**Children Clothes**

**China Clothes**

**China Wholesales**

**China Suppliers**

**Product of China**

**Company in China**

**Importers from China**

**Learn Chinese China**

Sponsored Listings for **Products Made in China**

## Made-in-China.com
Your Source for **China Products**. Contact **China** Suppliers Now!
www.**made-in-china**.com/

    China Products        Audit Reports
    B2B Trade Offer    Xmas B2B

## Made in China
Buy Direct from **China** Factories. Free Shipping & Buyer Protection.
www.dhgate.com/

    Join DHgate         Hair Extensions
    2013 Homecoming Dresses    Up to 50% Off Products

## AliExpress Official Site
More Goods,Lower Price,Best Buy On Top Wholesale Platform.Join Now!
www.aliexpress.com/

## Import Sourcing Services
At Transworld we simplify Asian Sourcing for OE Manufacturers
www.tw**products**.com/

## Buy **Products** From **China**
All Kinds of Quality **Products**. Reliable Agent,8-Year Experience.
www.panlishop.com/

## One Step Sourcing
Your international sourcing partner 20 years Asia sourcing experience
www.onestepsourcing.com/

## Buy **Products** From **China**
Explore Buy **Products** From **China**. Get Answers Now on Ask.com.
www.ask.com/Buy+**Products**+From+**China**

## Tecnomatix 11
Powers Manufacturing Productivity Get Tecnomatix Today!
www.siemens.com/Tecnomatix-11

## Manufacturing in **China**
prototype,sample,custom-**made**,small Q'ty,guarantee,manufacturer direct
www.uitrading.com/



# china-mart.com

This domain may be for sale. **Click here for more information**.

| Related Searches | Ropa China | China Suppliers | China Expo 2013 | Discontinued China | Shanghai Hotels China |
|---|---|---|---|---|---|

**Chinesse Dress**

**Kids Dress Clothes**

**Children Clothes**

**China Clothes**

**China Rundreisen**

**Jewelry Wholesale China**

**China Visa**

**China Reise**

**China Produtos**

**China Trade Fair**

Sponsored Listings for **China Trade Shows**

## Trade Shows

Browse 1000+ Display Examples. Get Ideas & Start Your Project!
www.godfreygroup.com/

Pop Up Trade Show Displays    Portable Trade Show Displays
Table Top Trade Show Displays    10x10 Trade Show Displays

## Foire Eclairage HK 2013

27-30 Oct, Renc. 2300 fournisseurs Foire d'aut. Éclair., inscri.-vous!
www.hktdc.com/

## Doing Business In **China**?

Information You Need To Help Expand Your Business To **China**. Learn More.
globalconnections.hsbc.com/

Sign Up For Free Today    Spotlight On US Trade
Exclusive Country Guides    Trade Forecast Reports

## Yiwu vs **China** Canton Fair

What is the difference between Yiwu Market and **China** Canton Fair?
www.yiwuen.com/**china**-canton-fairs

## Join EventTech Las Vegas

Using Social Media and Technology in Events & **Trade Shows**
www.eventmarketer.com/eventtech

## Trade Show Displays

Custom, Affordable, Portable **Trade Show** Displays, Order Today!
www.exhibit**trader**2.com/

## Texas - **Trade Show**

Looking for **Trade Show** In Texas? Find it here!
texas.local.com/

## Houston Special Events

From Batting Practice to Weddings. Visit Astros.com/SpecialEvents!
astros.mlb.com/SpecialEvents

## China Trade Shows

**China Trade Shows**. Discover and Explore on Ask.com!
www.ask.com/**China+Trade+Shows**



# china-mart.com

This domain may be for sale. Click here for more information.

| Related Searches | Business Plans | Small Business Start Up | Getting a Business Loan | Business Opportunities | Business Locations |
|---|---|---|---|---|---|

**Chinesse Dress**

**Kids Dress Clothes**

**Children Clothes**

**China Clothes**

**Small Business Investors**

**Business Startup Grants**

**Opening a Small Business**

**Home Based Small Business**

**Loan for Small Business**

**Business Funding**

Sponsored Listings for **Loan for Business**

## Get a **Business Loan**
Approvals In As Fast As 1 Day No Start Ups. Apply Online
www.ondeckcapital.com/

## Fast Personal **Loans**
Instant Approval. Get Cash Now. Easy Application. Bad Credit OK.
www.acecash**loans**.com/

## Bad Credit **Business Loan**
"They got us the money we needed to close on the deal." Jim
www.simplyquick**businessloans**.com/

## Apply for a **Business Loan**
Customized **Business Loan** for growing established **businesses**
www.forwardfinancing.com/
   Business Loan Application   Types of Business Loans
   Eligible Businesses   Ways to Apply

## Loans For Businesses
We Provide Commercial **Business Loans**! Call Today For More Info
www.leecommercial**loans**.com/
   About Us   Commercial Loans

## Small **Business** Bank **Loans**
Propel Your **Business** To New Heights Learn About How We Can Help You!
www.bankoftexas.com/

## Credit **Loan** Alternative
Resolve Credit Card Debt Instead. See How Much You Could Save.
www.freedomdebtrelief.com/

## SBA **Loans** for Women
Female Applicants Only. No App Fees. Apply in Minutes.
www.creditandlending.com/SBA-Women

## Find **Business Loans**
We have hundreds of **business loan** options. Search our network now!
www.small**businessloan**.org/**loans**



china-mart.com service

# china-mart.com

This domain may be for sale. Click here for more information.

| Related Searches | China Wholesales | China Großhandel | Lawyer Legal Service | China Produtos | Importadora China |
|---|---|---|---|---|---|

| |
|---|
| **Chinesse Dress** |
| **Kids Dress Clothes** |
| **Children Clothes** |
| **China Clothes** |
| **China Reizen** |
| **China Rundreisen** |
| **China Visas** |
| **China Visum** |
| **China Packages** |
| **Internship China** |

Sponsored Listings for **legal service**

## Legal Services For Free
Ask Your Question, Get An Answer. Millions of Questions Answered!
legal-services.rocketlawyer.com/

## Ask a Lawyer Online Now
A Lawyer Will Answer in Minutes! Questions Answered Every 9 Seconds.
legal.justanswer.com/
General Lawyer        Employment Lawyer
Real Estate Lawyer    Family Lawyer

## LegalShield®
Get Advice on **Legal** Issues for as Little as $17/month. Learn More!
www.legalshield.com/
Legal Shield Plans       Personal Plans
Small Business Plans     Identity Theft Plans

## Find a Lawyer - Free
Find the Right Lawyer in Your Area Save Time - Describe Your Case Now!
www.legalmatch.com/

## Free - Legal Case Review
Get a Free Consultation to Discuss Your **Legal** Struggles. Start Now!
www.totalcriminaldefense.com/

## Court Ordered Education?
DWI, DOEP, MIP, VIP? We do it all Evaluations, License Reinstatement
www.fsdwi.com/

## Innovative Legal Services
Our Tailored Approach Solves Your Company's **Legal** Issues.
www.bakerdonelsoncustomsolutions.com/

## Cheap Divorce Houston
Board Cert Att'y, Same Day Filing Payment Plans, Open Saturdays
www.eddavislaw.com/

## Local Legal Services
Tell Us About Your **Legal** Issue & Receive a Free **Legal** Consultation.
www.myattorneyhome.com/



**china-mart**.com

This domain may be for sale. Click here for more information.

| Related Searches | Business Lookup | Business Funding | Business Cards | Business Opportunities | Business License |

**Chinesse Dress**

**Kids Dress Clothes**

**Children Clothes**

**China Clothes**

**Business Mortgages**

**Business Search**

**Business Grants**

**Business Plans**

**Candle Business**

**Business Listings**

Sponsored Listings for **business consulting**

### Business Consulting Firm
Our **Business Consulting** Firm Is Led By Successful CEOs. Learn More!
www.vistage.com/**BusinessConsulting**
> CEO Peer Advisory Groups        Become a CEO Peer Group Facilitator

### Management **Consultant**
Learn How Today's Top Companies Achieve Sustained Value Creation.
www.tbmcg.com/Management-**Consulting**

### Business Consulting
World-Class **Business** Strategies. Find a Certified **Business** Coach Now
www.**business**coachesalliance.com/Firm
> Business Coaches      Business Owners
> Contact Us

### Finance **Consulting** Firm
Flexible CFO services, finance **consulting**, industry expertise.
www.vcfo.com/Finance**Consulting**

### Your IT **Consulting** Source
Gain Control Over Time & Resources. Grow Your **Business**, View the Demo!
www.connectwise.com/

### **Consulting** Jobs Available
Positions Available - All Levels. Submit Your Resume Today!
www.protiviti.com/

### Rent an Interim CMO
Get On a Fast Path To Sales Growth. Free Consultation Today.
www.chiefoutsiders.com/**Consulting**

### 10,000 Small **Businesses**
CCC & Goldman Sachs are advising small **business** owners in Chicago.
ccc10ksb.wordpress.com/

### **Consulting Business** $25K
Buy a Visible Link Agency and be earning a CEO's income in 30 days!
www.visiblelink.com/



## china-mart.com

This domain may be for sale. Click here for more information.

| Related Searches | Manufacturers in China | Learn Chinese China | Buy China | Product of China | China Furniture |
|---|---|---|---|---|---|

**Chinesse Dress**

**Kids Dress Clothes**

**Children Clothes**

**China Clothes**

**China Travel Visa**

**China Packages**

**Wholesale Suppliers C**

**China Electronic**

**Products Made in Chin**

**China Tours**

reasonable attorneys' fees, made by any third party due to or arising out of: your use of the site; Content you submit, post, transmit or otherwise make available though this site; your violation of these Terms; or your violation of any rights of another.

7. GENERAL INFORMATION These Terms constitute the entire agreement between you and us with respect to the subject matter hereof, and govern your use of this site, superseding any prior agreements between you and us. You also may be subject to additional terms and conditions that may apply when you use affiliate services, third-party Content or third-party software. These Terms and the relationship between you and us will be governed by the laws of the State of Washington without regard to its conflict of law provisions. The parties agree to submit to the personal and exclusive jurisdiction of the courts located within King County, Washington, for any dispute arising under or relating to the subject matter of these Terms. Our failure to exercise or enforce any right or provision of these Terms will not constitute a waiver of such right or provision. If any provision of these Terms is found invalid or unenforceable, that provision will be enforced to the maximum extent possible, while the remaining provisions of these Terms will remain in full force and effect.

*Effective September 23, 2010.*

Close window

| Related Searches | | | | ...urcing | Wholesale Products from China |
|---|---|---|---|---|---|

Search

© 2013 Marchex Sales, Inc. | Terms Of Use | Privacy Policy | This domain may be for sale. Click here for more information.

# Exhibit A-5

# chinesemart.com

This domain may be for sale. Click here for more information.

| Related Searches | Best Online Shopping Websites | Free Online Shopping Cart | Chinese Online Stores | Online Shopping from China | Online Shopping with Discount |

**Online Shopping Sites in USA**

**Door Store**

**Grocery Shopping**

**Wooden Doors**

**Online Shopping Clothing**

**Shopping Online Shopping**

**Buy Online Shopping**

**Chinese Food Online Shopping**

**Best Ecommerce Shopping Cart**

**Online Shopping Site in India**



| Related Searches | Online Shopping for Men | Dollar Store Online Shopping | K Mart Online Shopping | Primark Online Shopping UK | Tesco Direct Online Shopping |

[        Search field        ] Search

© 2013 Marchex Sales, Inc. | Terms Of Use | Privacy Policy | This domain may be for sale. Click here for more information.



# chinesemart.com

This domain may be for sale. Click here for more information.

| Related Searches | Internet Shopping | Best Online Shopping Deals | Retail Shopping | E Shopping | Quiosque Shopping |
|---|---|---|---|---|---|

**Related Searches**

Online Shopping Sites in USA

Door Store

Grocery Shopping

Wooden Doors

Shopping Online Shopping

Discount Shopping Stores

Shopping Sites

Shopping in China

Shopping Shops

Shopping Outlet

Sponsored Listings for **shopping**

**New Houston Flea Market**
Friday, Saturday, Sunday Texas Style **Shopping**, Food and Fun
www.**shop**armadillo.com/

**Zulily - Official Site**
Up to 90% Off Apparel for Moms, Babies & Kids. **Shop** Zulily Now!
www.zulily.com/

**Get started now on eBay**
Nothing to lose, money to gain! List, Sell, Ship, Get Paid.
www.ebay.com/simpleselling

ebay.com is rated 🄴 (121 reviews)

**Favorite Clothing Company**
**Shop** the latest trends from Wildfox Cynthia Vincent, Chan Luu & more...
www.favoriteclothingcompany.com/

    chan luu vanessa mooney goddis hobo    wildfox cynthia vincent on sale
    chan luu vanessa mooney tai    calleen cordero hobo jesslyn blake

**Shopping**
**Shop** Online At **SHOP**.COM And **Shop** Your Way!
www.**shop**.com/Official_Site

    Clothes    Our Brands
    Trend Shop    Contests

**Shopping Texas**
1 Day to Buy. Months to Redeem Limited Availability - Act Now!
www.groupon.com/

**Shopping Online**
Search for **Shopping** Online. Find Expert Advice on About.com.
www.about.com/**Shopping**+Online

**Clothes Shopping**
Stylish Apparel, Intimates & More. Satisfying Customers Since 1946!
oldpueblotraders.blair.com/

**Online Cheap Shopping**
Over 100 Million Visitors. Discover and Explore on Ask.com!
www.ask.com/Online+Cheap+**Shopping**

**Online Shopping at Amazon**



# chinesemart.com

This domain may be for sale. Click here for more information.

| Related Searches | Online Shopping for Clothing | Low Price Online Shopping | Online Shopping from China | Online Shopping with Discount | JC Penney Online Shopping |
|---|---|---|---|---|---|

**Online Shopping Sites in USA**

**Door Store**

**Grocery Shopping**

**Wooden Doors**

**Online Shopping Deals**

**Cheap Clothes Online Shopping**

**Womens Fashion Online Shopping**

**Online Shopping in USA**

**Top Online Shopping Sites**

**Best Online Shopping Websites**

Sponsored Listings for **Online Shopping Sites in USA**

### Store Websites
Powerful HTML5 website and e-cart editable and supports all devices
www.photobiz.com/
For Photographers    For Businesses
Who Loves Us

### Online Shopping USA
Shop **Online** At SHOP.COM And Shop Your Way!
www.shop.com/Official_Site
Clothes          Our Brands
Trend Shop    Contests

### Cheap Phones Online
2000+Bestselling Cell Phones **Online** Up To 53% Off, High Quality.Buy Now
www.ahappydeal.com/

ahappydeal.com is rated  (450 reviews)

### Shopping online in USA
Buy Direct from China Factories. Free Shipping & Buyer Protection.
www.dhgate.com/

### Zulily - Official Site
Up to 90% Off Apparel for Moms, Babies & Kids. Shop Zulily Now!
www.zulily.com/

### Online Purchase Sites
Online Purchase **Sites**. Discover and Explore on Ask.com!
www.ask.com/Online+Purchase+Sites

### Lower Prices at Kroger
New lower prices on thousands of items means more savings for you!
www.kroger.com/WeeklyAd

### Cheap USA Store-$7
Huge Selection, Worldwide Shipping. Shoe,Bag,Clothes For Women&Men.
www.sammydress.com/

sammydress.com is rated  (1442 reviews)

### Usa Online Shopping Sale
Up To 70% Off **Usa Online Shopping Usa Online Shopping**. Compare
usa-online-shopping.compare99.com/



# chinesemart.com

This domain may be for sale. Click here for more information.

| Small Business Consultants | Business Courses | Business Management Strategies | Free Business Marketing | Business Payroll |
|---|---|---|---|---|

**Related Searches**

**Online Shopping Sites in USA**

**Door Store**

**Grocery Shopping**

**Wooden Doors**

**Business Plans**

**BPM Business Process**

**Business Opportunities**

**Business Consulting Firms**

**Business Planning Tools**

**Developing a Business Strategy**

Sponsored Listings for **business consulting**

### Business Consulting Firm
Our **Business Consulting** Firm Is Led By Successful CEOs. Learn More!
www.vistage.com/**BusinessConsulting**

    CEO Peer Advisory Groups    Become a CEO Peer Group Facilitator

### Finance Consulting Firm
Flexible CFO services, finance **consulting**, industry expertise.
www.vcfo.com/Finance**Consulting**

    Finance Solutions              Customized Recruiting
    Human Resources Consulting     Virtual CFOs On Demand

### Pemex and Energy Reform
Reports on Pemex & its ecosystem What to expect expect from reform?
www.energia.com/

### Business Consulting
Find a Certified **Business** Coach Now Get Help Growing Your **Business**!
www.**business**coachesalliance.com/Firm

### 10,000 Small Businesses
CCC & Goldman Sachs are advising small **business** owners in Chicago.
ccc10ksb.wordpress.com/

### Investment Consulting
Leading Investing Management Team In Corporate Asset Advising!
www.bankoftexas.com/InvestmentAdvisory

### Business Consulting
Get Leading **Business Consulting** From Bank of America Merrill Lynch®
corp.bankofamerica.com/**Business**

### Business Consulting
We Use a Scientific Approach To Improve Your Sales Performance!
www.insight2salez.com/

### Business Telecom
Voice, Data and Internet Services and Design
www.spohn**consulting**.com/

### Sales Growth Consulting
Customized growth strategy and top shelf execution to increase sales
www.ascentadvisorygroup.com/



# chinesemart.com

This domain may be for sale. Click here for more information.

| Related Searches | Bankruptcy Law Lawyer | Pro Bono Family Law Lawyers | Divorce Lawyers in Virginia | Michigan Divorce Law | Bankruptcy Attorney Fees |
| --- | --- | --- | --- | --- | --- |

**Related Searches**

Online Shopping Sites in USA

Door Store

Grocery Shopping

Wooden Doors

Employment Law Attorney

Best Family Law Attorney

Lawyer Consultation

Lawyers for Divorce

Divorce Custody Attorney

Divorce Without a Lawyer

Sponsored Listings for **legal service**

### LegalShield®
Get Advice on **Legal** Issues for as Little as $17/month. Learn More!
www.**legal**shield.com/

Legal Shield Plans          Small Business Plans
Identity Theft Plans        For Employees

### Find a Lawyer - Free
Find the Right Lawyer in Your Area Save Time - Describe Your Case Now!
www.**legal**match.com/

Houston          Pasadena
Sugar Land       Galveston

### Ask a Lawyer Online Now
A Lawyer Will Answer in Minutes! Questions Answered Every 9 Seconds.
**legal**.justanswer.com/

### **Legal** Case Review (Free)
Get a Free Consultation to Discuss Your **Legal** Struggles. Start Now!
www.totalcriminaldefense.com/

### Cheap Divorce Houston
Board Cert Att'y, Same Day Filing Payment Plans, Open Saturdays
www.eddavislaw.com/

### Houston Criminal Lawyer
Call the Best Houston Criminal Lawyer for a Free Consultation!
www.haggardlaw.com/

### Local **Legal Services**
Leading **Legal Services** Find **Legal Services** near you
ww.hellooperator.com/

### **Legal Services**
Ann L. Al-Bahish - Shareholder & Attorney, See More Now!
www.worldwidewhoswho.com/

### Texas Probate Lawyer
Inheritance, Wills, Estates & More Contact Attorney Keith Peterson
www.kdplaw.com/

### **Legal** Language **Service**
Certified **Legal** Language Since 1983 **Legal**, Medical & Technical Experts.
www.**legal**language.com/



# chinesemart.com

This domain may be for sale. Click here for more information.

| Related Searches | Finance Personal Loans | Home Loans Calculator | Car Leasing Bad Credit | Auto Refinance | Vehicle Financing |

**Online Shopping Sites in USA**

**Door Store**

**Grocery Shopping**

**Wooden Doors**

**Auto Car Loan Calculator**

**Bad Credit Mortgage Loans**

**Bad Credit Finance**

**Car Finance Calculator**

**Bad Credit Auto Lenders**

**Car Loans Australia**

Sponsored Listings for **financing**

### Unsecured Personal Loans
Good & Bad Credit Personal Loans. $35,000 Cash With No Credit Checks.
www.247lendinggroup.com/

### Loans for Bad Credit
Bad Credit? We can help. Loans up to $25,000 in as little as 24 hours
www.unitedstatescredit.com/

Personal Loans     Auto Loans
Credit Cards       Home Loans

### Healthcare **Financing**
Receivables **Financing**/Factoring Solutions for the Healthcare Sector
www.katmed**financing**.com/

### Auto Loans For Any Credit
100% Approved On New Or Used Cars, Vans, Suv's & Trucks
www.we-**finance**-bad-credit.com/

### Need Start-Up Funding?
Get connected with investors Raise Capital - Get funded
www.go4funding.com/Startup-Funding

### Need **Financing**?
Angel Investors, Venture Capital Private Equity, Contact investors.
www.funded.com/

About Us     Get Started

### We Approve Bad Credit
100% Bank Loans, Low Mo. payments on all New or Used Cars Trucks SUVs
www.communityautocredit.com/

### Need a Personal Loan Now?
Find Affordable Loans-Quick & Easy. Find Low Rates Online Free!
personal-loans.classifiedads.com/

### Mortgage **Financing** Rates
Mortgage Rates Hit 2.5% (2.9% APR) As Seen on Good Morning America!
www.mortgagerates.lowermybills.com/

### Financial Times™ Offer
Global News & Financial Insights. Save 25% off a digital subscription
www.ft.com/subscribe



# chinesemart.com

This domain may be for sale. Click here for more information.

| Related Searches | Best Ecommerce Shopping Cart | Cheap Online Shopping Sites | Best Online Shopping Websites | Free Online Shopping Cart | Chinese Online Stores |
|---|---|---|---|---|---|



| Online Shopping Sites in |
| Door Store |
| Grocery Shopping |
| Wooden Doors |
| Online Shopping Deal |
| Online Shopping Cart |
| Cheap Online Shopping |
| Clothing Online Shopping |
| Online Shopping in China |
| Chinese Food Online Sh |

reasonable attorneys' fees, made by any third party due to or arising out of: your use of the site; Content you submit, post, transmit or otherwise make available though this site; your violation of these Terms; or your violation of any rights of another.

7. GENERAL INFORMATION These Terms constitute the entire agreement between you and us with respect to the subject matter hereof, and govern your use of this site, superseding any prior agreements between you and us. You also may be subject to additional terms and conditions that may apply when you use affiliate services, third-party Content or third-party software. These Terms and the relationship between you and us will be governed by the laws of the State of Washington without regard to its conflict of law provisions. The parties agree to submit to the personal and exclusive jurisdiction of the courts located within King County, Washington, for any dispute arising under or relating to the subject matter of these Terms. Our failure to exercise or enforce any right or provision of these Terms will not constitute a waiver of such right or provision. If any provision of these Terms is found invalid or unenforceable, that provision will be enforced to the maximum extent possible, while the remaining provisions of these Terms will remain in full force and effect.

*Effective September 23, 2010.*

Close window

| Related Searches | | | | Online UK | Shopping Shopping |

| | Search |

© 2013 Marchex Sales, Inc. | Terms Of Use | Privacy Policy | This domain may be for sale. Click here for more information.

# Exhibit A-6

Search results for:

# china trade

| Search | SEARCH |

Related Searches

- 🖰 Airline Tickets
- 🖰 Employment
- 🖰 Car Insurance
- 🖰 Ringtones
- 🖰 Dating
- 🖰 Houses For Sale
- 🖰 Mortgage
- 🖰 Hotels
- 🖰 **Work From Home**
- 🖰 Free Credit Report

Sponsored Listings

## ▶ CITIFX PRO FOREX TRADING

Experience the Advantage of **Trading** w/ a Global Leader. Try Free Demo!
www.citifxpro.com/

See Why Clients Choose Citi      Desktop, Web, & Mobile Platforms
Awarded Best Retail Platform    Why Trade with a Bank?

## ▶ EXPORT/IMPORT CHINA?

The Information You Need For Doing Business In **China**. Learn More Now.
globalconnections.hsbc.com/

Sign Up For Free Today      Spotlight On US Trade
Exclusive Country Guides    Trade Forecast Reports

## ▶ FIND BEST CHINA SUPPLIERS

Let us help you find and work with the best value **China** manufacturers
www.btpurchasingservices.com/

## ▶ ALIEXPRESS OFFICIAL SITE

More Goods,Lower Price,Best Buy On Top Wholesale Platform.Join Now!
www.aliexpress.com/

## ▶ BUSINESS CHINESE

Start Speaking **Chinese** in Minutes. Save $200 Off. Limited Time Only!
www.rosettastone.com/

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Web search results

Search results for:

# china business

| Search | SEARCH |

Related Searches

- 🐦 **Business Consulting**
- 🐦 **China Trade**
- 🐦 **Chinese Clothing**
- 🐦 **China Business Travel**
- 🐦 **Chinese Dating**
- 🐦 **Chinese Furniture**
- 🐦 **China**
- 🐦 **Chinese Tea**
- 🐦 **Made In China**
- 🐦 **Chinese Dvds**

Sponsored Listings

▶ **DOING BUSINESS IN CHINA?**

Information You Need To Help Expand Your **Business** To **China**. Learn More.

globalconnections.hsbc.com/

Sign Up For Free Today    Spotlight On US Trade
Exclusive Country Guides    Trade Forecast Reports

▶ **CHINA MARKET RESEARCH**

Financial Times' Exclusive Market Research For Investors. Free Info

www.ft**china**confidential.com/Subscribe

▶ **TRIDENT ONLINE DEGREES**

Flexible, 100% Online **Business** Degrees! Begin Enrollment Today.

www.trident.edu/

Apply Today    Masters Degrees
Bachelors Degrees    Ph.D. Degrees

▶ **CHOOSE IT,SELECT SUCCESS**

Suzhou Wuzhong economic development Zone leads you towards success

www.swedz.gov.cn/

▶ **MARKETING - FREE GUIDE**

14 Ideas for Promoting Your **Business** - Download Free Now!

www.prweb.com/MarketingFreeGuide

---------------------------------------------------------------

Web search results

Search results for:

# business consulting

| Search | SEARCH |

Related Searches

- Airline Tickets
- Employment
- Car Insurance
- Ringtones
- Dating
- Houses For Sale
- Mortgage
- Hotels
- Work From Home
- Free Credit Report

Sponsored Listings

## BUSINESS CONSULTING FIRM

Our **Business Consulting** Firm Is Led By Successful CEOs. Learn More!
www.vistage.com/**BusinessConsulting**

CEO Peer Advisory Groups    Become a CEO Peer Group Facilitator

## BUSINESS CONSULTING

World-Class **Business** Strategies. Find a Certified **Business** Coach Now
www.**business**coachesalliance.com/Firm

Business Coaches    Business Owners
Contact Us

## FINANCE CONSULTING FIRM

Flexible CFO services, finance **consulting**, industry expertise.
www.vcfo.com/Finance**Consulting**

## YOUR IT CONSULTING SOURCE

Gain Control Over Time & Resources. Grow Your **Business**, View the Demo!
www.connectwise.com/

## RENT AN INTERIM CMO

Get On a Fast Path To Sales Growth. Free Consultation Today.
www.chiefoutsiders.com/**Consulting**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Web search results

## INTERNETAGENTUR IN WUNSIEDEL

Search results for:

# small business finance

| Search | SEARCH |

**Related Searches**

- Mortgage
- Small Business
- Financing
- Home Business
- Personal Finance
- Business Loan
- Credit Card
- **Cash**
- Student Loan Consolidation
- Finance

Sponsored Listings

### SMALL BUSINESS FINANCING

Your **Business** Need **Financial** Help? Call Alexander **Financial** Solutions!

www.alexanderfs.com/Factoring

Factoring Receivables        Invoice Factoring
Cash Advance                     Blog

### SMALL BUSINESS FUNDING

$5K-$1MM Funded in 5-7 Days. 48 Hour Approval. No Startups!

www.advancerestaurant**finance**.com/

Small Business Loans          Merchant Credit
Immediate Loan Proposal     Business Line of Credit

### GET A SMALL BUSINESS LOAN

Approvals In As Fast As 1 Day No Start Ups. Apply Online

www.ondeckcapital.com/

### BUSINESS FINANCE

Free to apply! Get up to 15% of annual sales. Must be open 6 months

www.surepaymentssolutions.com/

### SMALL BUSINESS FINANCING

Get $150k in as Few as 3 Days. Try Our No Obligation App Today!

www.nationalfunding.com/**Small**-**Business**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Web search results



Close Window

# DomainSponsor Legal Policies

## DomainSponsor Privacy Policy

Last Updated: August 15, 2013

As a user of this website and the webpages generated by DomainSponsor (collectively, the "Sites") and/or the services provided by DomainSponsor ("Services"), this Privacy Policy is intended to describe for you:

- the information we may collect about you,
- how that information may be used,
- with whom it may be shared, and
- your choices about such uses and disclosures.

We encourage you to read this Privacy Policy carefully before using the Site or Services or transacting business with us. If you have questions or concerns regarding this Privacy Policy, please contact us via email or mail using the contact information provided below.

## Information Collection

We may collect personal information such as your name, mailing address, e-mail address and phone number, as well as other information. When you provide personal information through the Site, the information may be sent to our servers located in the United States and other countries around the world. We may collect and store any information that you enter into the Site or provide to us in some other manner.

Third Party List Information. We may also obtain both personal and non-personal information about you from third party data gathering sources. We may match this third-party collected information with the personal information that you provide to us.

Cookies, Web Beacons, and Other Information Collection Technology. We and our business partners, such as advertisers, may use various technologies to collect information from your computer and about your activities on the Site. For example, we and our business partners may collect and store non-personally identifying information through technologies such as cookies, log files, clear gifs (also known as web beacons), and other technologies to help determine user viewing preferences for advertising and other purposes.

- *Log Files*. Technical information from your browser may be automatically collected when you visit the Site. This information includes your IP address, your browser type, operating system, access times, the content of any undeleted cookies that your browser previously accepted from us (see "Cookies" below), and the referring website address.
- *Cookies*. A cookie is a piece of data stored on a user's browser that tracks non-personal information about the user. When using the Site, we may assign your computer one or more cookies which enable us to improve the quality of our Service, to customize your experience, and for other purposes. Cookies allow us to automatically collect information about your browser or device activity on the Site, such as the web pages you visit, the links or advertisements you click, or the other actions you conduct while using the Site. Most browsers automatically accept cookies, but you can usually modify your browser setting to disable cookies. If you choose to disable cookies, you will still be able to access the Site, but you may not be able to use all of the interactive features we offer. Additional information on cookies can be found at: http://www.microsoft.com/info/cookies.htm.
- *Web Beacons*. We, or our advertisers, may use standard Internet technology such as web beacons, clear gifs, pixels, and other similar technologies, to gather aggregate information about your browser or device activity on the Site. We also may include web beacons in promotional e-mail messages or newsletters to determine whether messages have been opened and acted upon. We use such web beacons to gauge the effectiveness of our marketing efforts and the quality of the Site, and for other purposes.
- *Information collected by third-parties*. We and our business partners, such as advertisers, may use technologies, such as cookies and pixels, to collect information about users who view or interact with these advertisements and connect to other websites. This information allows us and our business partners to deliver customized

The DomainSponsor Terms of Service prohibit its users from violating the intellectual property rights of others, and also provide that the domain name owner is solely responsible for any alleged inappropriate conduct. Accordingly, if you have a claim regarding a domain name participating in the DomainSponsor system, we strongly encourage you to contact the domain name owner directly whenever possible.

Nevertheless, while we are not in a position to arbitrate trademark disputes between domain name owners and trademark owners, we have adopted this Trademark Dispute Policy as a courtesy to assist when a dispute arises.

It is our policy to immediately review complaints of alleged trademark infringement and to perform an investigation within two (2) business days. If our investigation determines that a domain name(s) participating in the DomainSponsor system potentially violates the intellectual property rights of the complainant, we will take down the domain name from the DomainSponsor system. In appropriate circumstances and at our sole discretion, we may terminate any owners or administrators who are deemed to be repeat infringers.

If you believe that your trademark has been violated, please submit a trademark dispute notice containing the information specified below. Because our actions may necessarily affect the rights of our customers, we will not investigate complaints that do not substantially comply with this notice requirement. Please note that you may be liable for damages (including costs and attorneys' fees) if you materially misrepresent that an activity is infringing your trademark.

1. Your name, address, telephone number, and email address;

2. A copy of your trademark registration, or list the trademark(s) at issue, the country/countries where registered, and the registration number(s);

3. The specific domain names at issue;

4. A statement by you that you have a good faith belief that the disputed use is not authorized by the trademark owner, its agent, or the law;

5. A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the trademark owner or authorized to act on the trademark owner's behalf;

6. Your signature

Please send your written notice of any trademark disputes to addresses specified below. While we accept communications by mail, we strongly encourage you to use electronic communications so that your communications can be properly logged and can be addressed more quickly.

**By email**
legal [at] oversee [dot] net

**By mail**
c/o DomainSponsor.com
515 S. Flower St., Suite 4400
Los Angeles, CA 90071

Close Window

# Exhibit A-7





© 2008-2009 by Register.com™, Disclaimer and DMCA Notice.



China-mart.us is COMING SOON to REGISTER.COM

register.com

# China-mart.us Whois Lookup

Search

Go

Sponsored results

## Internet Marketing
Top Tier Consulting Services For Leads And Sales. Free Consultation!
Bella-Marketing.com

## 13 Streams Of Income
Earn 100% Commissions Today! Enter Your Email And See...
masona.elitemarketingpro.com

## What Is Marketing
14 Ideas for Promoting Your Business - Download Our Guide Now!
PRWeb.com

## What is Google AdWords?
Find Customers With Google AdWords. Get Your Own Ad Online Today.
www.google.com/AdWords

## Marketing How To Results
Looking for Deals on Marketing How To? Find Marketing How To Results.
marketinghowto.buyerpricer.com

## Marketing
Earn a College Degree. 100% online. Take the 1st Step to Success Now.
www.futureschool.com

## Marketing
Improve Your Skills, Knowledge & Career Path With Online Degree.
www.degreeacquire.com

## Social Media Marketing
Learn How to Host a Live, Internet Radio Show-Premium & Free Tools
www.blogtalkradio.com/radio

## Customers First
Dominate your market by winning them over where it counts the most
amazon.com/CustomersFirst

## Marketing Jobs | Hiring
Full & Part time Jobs available for Marketing. Apply here.

**Best Deals**

Marketing

Social Media Marketing Ideas

Advertising

Global Marketing Strategies

**Top Links**

Business

Sales

Marketing

Ecommerce

# Exhibit A-8

**BUY THIS DOMAIN** The domain **chinamart.co** may be for sale by its owner!

# chinamart.co

[                    ] Search

## Related Searches

Products Made in China

China Online Shop

Jewelry Wholesale China

China Suppliers

Product of China

Company in China

Alibaba China

Importers from China

Learn Chinese China

Electronics China

## Sponsored Listings

➜ **China Wholesale Online**

Buy Direct from **China** Factories. Free Shipping & Buyer Protection.

www.dhgate.com/

| Join DHgate 2013 Homecoming Dresses | Hair Extensions Up to 50% Off Products |

➜ **AliExpress Official Site**

More Goods,Lower Price,Best Buy On Top **Wholesale** Platform.Join Now!

www.aliexpress.com/

| Super Deals Cell Phone | Get $5 Coupon Apparel & Accessories |

➜ **China Wholesale Online**

 sedo

This page provided to the domain owner **free** by Sedo's <u>Domain Parking</u>. Disclaimer: Domain owner and Sedo maintain no relationship with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not constitute or imply its association, endorsement or recommendation.

<u>Privacy Policies</u>



**WHOIS search results for:**
**CHINAMART.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.  GO!

**Want to buy this domain?**
Get it with our Domain Buy service.  GO!

Domain Name: CHINAMART.CO
Domain ID: D1214109-CO
Sponsoring Registrar: TUCOWS.COM CO.
Sponsoring Registrar IANA ID: 69
Registrar URL (registration services): www.opensrs.com
Domain Status: ok
Registrant ID: TUS7NZVCGEDPTKJW
Registrant Name: Kanishka Dayal
Registrant Address1: 43500 MOUNTAIN VIEW DR
Registrant City: CHANTILLY
Registrant State/Province: Virginia
Registrant Postal Code: 20152
Registrant Country: United States
Registrant Country Code: US
Registrant Phone Number: +1.0000000000
Registrant Email: topdomains@rocketmail.com
Administrative Contact ID: TULEHAMIR9CMSXTD
Administrative Contact Name: Kanishka Dayal
Administrative Contact Address1: 43500 MOUNTAIN VIEW DR
Administrative Contact City: CHANTILLY
Administrative Contact State/Province: Virginia
Administrative Contact Postal Code: 20152
Administrative Contact Country: United States
Administrative Contact Country Code: US
Administrative Contact Phone Number: +1.0000000000
Administrative Contact Email: topdomains@rocketmail.com
Billing Contact ID: TUKMVOGF8RMTOVDS
Billing Contact Name: Kanishka Dayal
Billing Contact Address1: 43500 MOUNTAIN VIEW DR
Billing Contact City: CHANTILLY
Billing Contact State/Province: Virginia
Billing Contact Postal Code: 20152
Billing Contact Country: United States
Billing Contact Country Code: US
Billing Contact Phone Number: +1.0000000000
Billing Contact Email: topdomains@rocketmail.com
Technical Contact ID: TUFD5NEKIWH3BYQF
Technical Contact Name: Kanishka Dayal
Technical Contact Address1: 43500 MOUNTAIN VIEW DR
Technical Contact City: CHANTILLY
Technical Contact State/Province: Virginia
Technical Contact Postal Code: 20152
Technical Contact Country: United States
Technical Contact Country Code: US
Technical Contact Phone Number: +1.0000000000
Technical Contact Email: topdomains@rocketmail.com
Name Server: NS1.SEDOPARKING.COM
Name Server: NS2.SEDOPARKING.COM
Created by Registrar: CLICK PANDA
Last Updated by Registrar: TUCOWS.COM CO.
Last Transferred Date: Wed Jul 17 08:31:33 GMT 2013
Domain Registration Date: Tue Jul 20 18:11:33 GMT 2010
Domain Expiration Date: Sat Jul 19 23:59:59 GMT 2014
Domain Last Updated Date: Wed Jul 17 12:13:34 GMT 2013

>>>> Whois database was last updated on: Thu Aug 22 17:30:45 GMT 2013 <<<<
.CO Internet, S.A.S., the Administrator for .CO, has collected this
information for the WHOIS database through Accredited Registrars.
This information is provided to you for informational purposes only
and is designed to assist persons in determining contents of a domain
name registration record in the .CO Internet registry database. .CO
Internet makes this information available to you "as is" and does not
guarantee its accuracy.

By submitting a WHOIS query, you agree that you will use this data
only for lawful purposes and that, under no circumstances will you
use this data: (1) to allow, enable, or otherwise support the transmission
of mass unsolicited, commercial advertising or solicitations via direct
mail, electronic mail, or by telephone; (2) in contravention of any
applicable data and privacy protection laws; or (3) to enable high volume,





**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

| Alternate TLDs | | |
|---|---|---|
| chinamart.**ca** | | $12.99/yr |
| chinamart.**me** | SAVE! | $9.99/yr |
| chinamart.**tv** | | $39.99/yr |
| chinamart.**ws** | | $15.99/yr |
| chinamart.**asia** | SAVE! | $5.99*/yr |
| chinamart.**cc** | | $19.99/yr |

| Similar Premium Domains ❓ | | |
|---|---|---|
| ChinasEnvironment.com | | $401.00* |
| ChinasGeography.com | | $749.00* |
| ChinasDynasties.com | | $499.00* |
| Chinatu.com | | $4,388.00* |
| ChinaLaborMarket.com | | $2,088.00* |
| ChinaAA.net | | $4,288.00* |

**ADD TO CART**

# Exhibit A-9













Related Searches:   Porcelain Manufacturer    India Manufacturer    Taiwan Manufacturer

Ads

→ **China Manufacturers**
Contract **manufacturing** solutions. High quality. Low cost. No hassle.
www.**manufacturing**-in-**china**.com/

→ **Manufacturing in China**
Download our Free Guide About **Manufacturing** Your Product Overseas
www.sourcingoverseas.com/
Download the Free Report    Contact us for More Info
New Product Development    Check Our Our Reviews

→ **Riverwood Solutions**
Maximize Outsourcing Results Minimize Your Total Product Cost
www.rwsops.com/

→ **Manufacturer China**
17 years **Manufacturing** & Consulting Based in USA, 4 **Chinese** offices
www.pacificrimresourcesltd.com/
Home    Mold Central
Photos    FAQs

→ **AliExpress Official Site**
More Goods,Lower Price,Best Buy On Top Wholesale Platform.Join Now!
www.aliexpress.com/

→ **Made-in-China.com**
**China** Products, **Manufacturers**. Exporters, Factories Directory.
www.made-in-**china**.com/

→ **China Manufacturers**
Directory And Resource Of **China** Products, **Manufacturers**, Exporters.
www.globalsources.com/

→ **Manufacturing in China**
prototype,sample,custom-made,small Q'ty,guarantee,**manufacturer** direct
www.uitrading.com/

→ **One Step Sourcing**
Your international sourcing partner 20 years Asia sourcing experience
www.onestepsourcing.com/

→ **China Manufacturers**
Over 100 Million Visitors. Discover and Explore on Ask.com!

Related Searches
Replacement China
Motorhome Manufacturer
China Wholesales
Gearbox Manufacturer
China Suppliers
China Packages
Manufacturers in China
Alibaba China
China Products
Tent Manufacturer
Chemical Manufacturer



**WHOIS search results for:**
**BESTCHINAMART.COM**
(Registered)

**Is this your domain?**
Add hosting, email and more. **GO!**

**Want to buy this domain?**
Get it with our Domain Buy service. **GO!**

Domain Name.......... bestchinamart.com
Creation Date........ 2006-01-04
Registration Date.... 2006-01-04
Expiry Date.......... 2014-01-04
Organisation Name.... Hieu Nguyen
Organisation Address. 8561 joyzelle ave
Organisation Address.
Organisation Address.
Organisation Address. Garden Grove
Organisation Address. 92841
Organisation Address. CA
Organisation Address. UNITED STATES

Admin Name........... Hieu Nguyen
Admin Address........ 8561 joyzelle ave
Admin Address........
Admin Address........
Admin Address........ Garden Grove
Admin Address........ 92841
Admin Address........ CA
Admin Address........ UNITED STATES
Admin Email.......... stealthdropship@yahoo.com
Admin Phone.......... +1.7145300368
Admin Fax...........

Tech Name........... YahooDomains TechContact
Tech Address........ 701 First Ave.
Tech Address........
Tech Address........
Tech Address........ Sunnyvale
Tech Address........ 94089
Tech Address........ CA
Tech Address........ UNITED STATES
Tech Email.......... domain.tech@YAHOO-INC.COM
Tech Phone.......... +1.4089162124
Tech Fax...........
Name Server......... auth00.zone53.net
Name Server......... auth01.zone53.net

Registrar: MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE
Whois Server: whois.melbourneit.com
Creation Date: 03-JAN-2006
Updated Date: 08-NOV-2012
Expiration Date: 03-JAN-2014

Nameserver: AUTH00.ZONE53A539EM7R.BIZ
Nameserver: AUTH01.ZONE536EPEA510.BIZ

Registry Status: ok

See Underlying Registry Data





**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

| Alternate TLDs | | |
|---|---|---|
| ☐ bestchinamart.co | SAVE! | $12.99/yr |
| ☐ bestchinamart.net | SAVE! | $9.99*/yr |
| ☐ bestchinamart.org | SAVE! | $12.99*/yr |
| ☐ bestchinamart.info | SAVE! | $2.99*/yr |
| ☐ bestchinamart.us | SAVE! | $3.99/yr |
| ☐ bestchinamart.ca | | $12.99/yr |
| ☐ bestchinamart.biz | SAVE! | $5.99*/yr |
| ☐ bestchinamart.me | SAVE! | $9.99/yr |
| ✔ Similar Premium Domains ❓ | | |
| ☐ ChinasEnvironment.com | | $401.00* |
| ☐ ChinasGeography.com | | $749.00* |
| ☐ ChinasDynasties.com | | $499.00* |
| ☐ ChinaAA.net | | $4,288.00* |
| ☐ Chinatu.com | | $4,388.00* |
| ☐ ChinaLaborMarket.com | | $2,088.00* |

**ADD TO CART**

**Domains available at Go Daddy Auctions®:**

| | | |
|---|---|---|
| ☐ gamerchina.com Ends on: 11/24/2013 12:00:00 AM PDT | | $3,000.00* |
| ☐ thebestgamesonline.com Ends on: 11/13/2013 12:00:00 AM PDT | | $1,500.00* |
| ☐ chinapokergames.com Ends on: 10/24/2013 12:00:00 AM PDT | | $1,000.00* |
| ☐ worldsbestlessons.com Ends on: 9/29/2013 12:00:00 AM PDT | | $48,888.00* |
| ☐ tribalmart.com Ends on: 9/25/2013 4:25:00 PM PDT | | $788.00* |
| ☐ videomart.net Ends on: 9/25/2013 3:21:00 PM PDT | | $888.00* |

**VIEW LISTING**

❓

# Exhibit A-10

# China Direct Management Team Returns From Successful Mission To China

*November 03, 2004 07:30* | **Source:** China Direct Trading Corp.

DAVIE, Fla., Nov. 3, 2004 (PRIMEZONE) -- China Direct Trading Corporation (OTCBB:CHDT) returned to the United States after a successful mission that accomplished five major business objectives in China.

First, China Direct established relationships with top central government ministerial officials in certain Chinese agencies, who have encouraged the company to establish a "China Mart" in South Florida, which would serve as a permanent showroom for exporters of merchandise from China. China Mart would facilitate imports by "bringing China to the United States" saving retail representatives the travel and time required to go to China to obtain products. The company has begun the process in China of securing all of the necessary licenses, permits and approvals to allow China Direct to open its first China Mart in the United States. It is expected that all approvals should be in order by the end of November, 2004. China Direct will then close a transaction on the site of the China Mart in Dade or Broward County.

China Direct also established relationships with exporters of furniture, diapers, and coke that should result in significant U.S. import transactions in the near future. While China Direct has focused to date on imports of souvenirs from China, the business plan of the company is to become a diversified trading company with a series of vertical entities in different consumer product sectors where demand for products exists in the United States and China.

Third, a series of new possible projects related to energy, real estate, and the Beijing 2008 Olympics were presented to the China Pathfinder Fund (CPF), a wholly-owned subsidiary of China Direct focused on business development in China. CPF will work on the energy sector in China, and has agreed to explore possible ventures and opportunities in Shangxi Province related to power plants, aluminum production, coal, and coke.

Fourth, an organization was put in place for China Direct to market souvenirs in China. As the market for tourism develops in China there will be a need for the marketing of quality souvenir products, particularly as part of the effort to promote the Beijing 2008 Olympics.

Fifth, the company has established business operations in China. One of the directors of the company, Cora Wong, will permanently move to Beijing. Management has agreed to return to China on a monthly basis, and more frequently, if needed, to supplement the efforts of Susan Xu, Director of China Operations for China Direct and her staff in Beijing, Shanghai, and Chengdu, which are the major commercial and trade regions of China.

BUSINESS: China Direct is a global trading company engaged in trade between the US and China.

FORWARD-LOOKING STATEMENTS: This press release includes "forward-looking statements" within the meaning of the federal securities laws. Although the Company believes that the assumptions upon which its forward-looking statements are based are reasonable, it can give no assurance that these assumptions will prove to be correct. Many factors are beyond the Company's and its subsidiaries' control. Important factors that could cause actual results to differ materially from the Company's projections and expectations are disclosed in the Company's existing and future filings with the Securities and Exchange Commission. All forward-looking

statements in this press release are expressly qualified by such cautionary statements and by reference to the underlying assumptions as set forth above and as set forth in the Company's current and future filings with the U.S. Securities and Exchange Commission.

```
China Direct Trading Corporation
Howard Ullman, CEO
(954) 474-0224
```

---

**Easily Send & Share Press Releases**

- Home
- Newsroom
- RSS Feeds
- Send Releases
- Regulatory Filings
- Privacy Policy

© 2013 GlobeNewswire, Inc. All Rights Reserved.

**ABOUT US**

**GlobeNewswire**, a NASDAQ OMX company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

**CONTACT US**

**Corporate Headquarters**
5200 W. Century Blvd.
Suite 890
Los Angeles, CA 90045
**Phone:** (800) 307-6627
**Fax:** (800) 307-3567

**European Headquarters**
Nikolaj Plads 6
P.O. Box 1040
Copenhagen, Denmark
**Phone:** +45 33 77 03 77
**Fax:** +45 33 12 86 13

# China Direct Trading Corp. to Open China Mart in South Florida

*November 15, 2004 07:30* | **Source:** China Direct Trading Corp.

BEIJING, Nov. 15, 2004 (PRIMEZONE) -- China Direct Trading Corporation (OTCBB:CHDT) announced today that it has been approved by the China Ministry of Commerce (MOFCOM) to open and manage a China Mart in Dade or Broward County (South Florida) as a permanent showroom for the wares of Chinese manufacturers. Manufacturers will come to the U.S., man their showrooms, and sell their goods at overseas pricing.

China Mart will assist Chinese manufacturers by allowing U.S. retail purchasers to shop for the newest lines of Chinese products without having to attend expensive trade fairs in Hong Kong, Guangzhou, Shanghai, Beijing and other venues. China Mart will shorten the supply chain for U.S. retailers, and lower the cost of Chinese goods for U.S. consumers.

Large U.S. retailers and mass merchants have buyers that spend a great deal of time and effort to travel to China and within China and Hong Kong. China Mart will make it cheaper to acquire Chinese goods and is a logical step in the evolution of U.S.-Chinese commerce.

MOFCOM showed an interest in South Florida because of it's centralized location as the gateway for trade to the Caribbean and Latin America, and China Mart will permit Chinese manufacturers to expand export sales to those areas.

China Direct will manage the operation, arrange for rental space for Chinese manufacturers and exporters, and assist U.S. retailers in sourcing needs from the China Mart. The company will meet with local officials, the Hong Kong Trade council of Miami, and search for a venue in Dade or Broward counties. Follow up meetings have been scheduled in late November in China with MOFCOM to discuss progress and logistics and a MOFCOM delegation is considering a visit to South Florida once a site has been selected.

BUSINESS: CHDT is a global trading company engaged in product development, manufacturing, distribution, logistics and product placement into mass retail. The company holds patents and sells products to importers, theme parks and directs to retail worldwide. By establishing relationships with various governmental agencies, public and private institutions and private industries in China, the company aims to play a key role in assisting U.S. companies that desire to move production or investments into China as well as helping Chinese firms grow through U.S. distribution and financial support. In addition, the company acquires and invests in innovative products, services, or technology companies.

FORWARD-LOOKING STATEMENTS

This press release includes "forward-looking statements" within the meaning of the federal securities laws. Although CHDT (the "Company") believes that the assumptions upon which its forward-looking statements are based are reasonable, it can give no assurance that these assumptions will prove to be correct. Many factors are beyond the Company's and its subsidiaries' control. Important factors that could cause actual results to differ materially from the Company's projections and expectations are disclosed in the Company's existing and future filings with the Securities and Exchange Commission. All forward-looking statements in this press release are

expressly qualified by such cautionary statements and by reference to the underlying assumptions as set forth in the Company's public filings with the Securities and Exchange Commission and herein.

```
China Direct Trading Corporation
Howard Ullman
(954) 474-0224
```

---

**Easily Send & Share Press Releases**

- Home
- Newsroom
- RSS Feeds
- Send Releases
- Regulatory Filings
- Privacy Policy

© 2013 GlobeNewswire, Inc. All Rights Reserved.

ABOUT US

**GlobeNewswire**, a NASDAQ OMX company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

CONTACT US

**Corporate Headquarters**
5200 W. Century Blvd.
Suite 890
Los Angeles, CA 90045
**Phone:** (800) 307-6627
**Fax:** (800) 307-3567

**European Headquarters**
Nikolaj Plads 6
P.O. Box 1040
Copenhagen, Denmark
**Phone:** +45 33 77 03 77
**Fax:** +45 33 12 86 13



Ads By Google

Home → Collections → Insurance Fraud

# It's A Long Taxi Ride Home

January 10, 2005 | Jeff Zbar Special Correspondent and Joseph Mann Business Writer and Doreen Hemlock Business Writer



No, you're not seeing things: Those are London taxis hitting the streets of South Florida this week. The fleet of 10 vehicles is part of a $100,000, three-month marketing campaign by Boca Developers.

Sporting full-vehicle vinyl laminates of shoreline, high-rises and long-legged lassies, the erstwhile hackney carriages will serve as mobile billboards for the company's South Florida properties. The cabs will ply I-95, Las Olas Boulevard and Biscayne Boulevard. They'll also double as limousines for Boca Developers VIPs and will carry folks to high-profile to-dos, like parties, sporting events and real estate openings.

Ads By Google



## Champions Insurance

Home/Rent/Car/Commercial Insurance Request a Free Quote Today!

plus.google.com/HomeInsurance

## Cheap $19* Car Insurance

Get a Free Quote & Save up to 65%! (Texas Residents Only)

CarInsurance.QuoteLab.com/TX

The taxis are owned by Clear Channel's media division, which acquired the fleet to serve as roving billboards, said Rick Barrow, partner with Barrow & Beber Silverstein, the Deerfield Beach-based developer's Miami ad shop.

"In a market that is difficult to make impressions, this is a way to stop traffic," he said. Want one of your own? Be prepared to drop about 25,500 (or $48,000 in greenbacks).

-- Jeff Zbar Special Correspondent

Calling for insurance after the loss

As part of a program to make consumers aware of insurance fraud, the Mayfield Village, Ohio-based Progressive group of insurance companies, one of the country's largest auto insurance suppliers, recently published outrageous examples of bogus auto insurance claims.

A common type of fraud is trying to buy auto insurance after an accident. Progressive reported one case where a motorcyclist crashed and, while lying on the side of the road with a ruptured spleen, called Progressive to ask for coverage. But the battered biker didn't realize that a passerby saw the accident, heard him make the phone call and later told the company.

In another case, a couple's car caught fire and, in the midst of the conflagration, the husband called the company to get coverage as soon as possible. The insurance company rep could hear the man's wife yelling in the background that the car was going to blow up.

-- Joseph Mann Business Writer

## Related Articles

Four Charged In Scheme To Defraud Auto Insurers
*May 2, 2001*

'Suspicious' insurance claims rise 34 percent in Florida
*March 30, 2011*

State targets staged accidents and insurance fraud
*September 15, 2011*

Use Grand Jury Report To Make Florida Less `Fraud-friendly'
*December 19, 1998*

Trio charged with filing false insurance claims
*April 23, 2009*

## Find More Stories About

12 companies signed up, still 88 to go

With China emerging as a key supplier for the Americas, several South Florida groups are pushing to develop a "China Mart" to showcase Chinese products for importers from the eastern United States, Latin America and the Caribbean.

Among the latest working to start a showroom: Davie-based China Direct Trading Corp., led by Howard Ullman and other trade veterans with experience arranging for U.S. companies to buy souvenirs, promotional items and other products from Chinese suppliers.

Ullman figures he needs about 100 Chinese companies for a China Mart to succeed.

So far, he's got more than a dozen firms lined up. Through his own visits to China and those of colleagues in his company's Beijing office, he hopes to find the rest to fill at least 50,000 square foot of showroom space and to launch the venture, as soon as this year.

He's eyeing spots in Broward and Miami-Dade counties, as are fellow groups pursuing the "China Mart" concept.

-- Doreen Hemlock Business Writer

Ads By Google

### Esurance Auto Insurance

Free Quotes, Instant Savings. Buy Your Policy Online in Minutes!

www.esurance.com

___

### Featured Articles



10 must-see places to visit in Florida



Real-life 'Pain and Gain' victim tells story of survival



Man accused of selling gold bars, coins stolen from girlfriend's father

MORE:

How to recognize and treat a spider bite

Low white blood cell count not always a sign of medical problem

At least three '72 Dolphins refuse White House invite

Lifeline program offers free cell phones with 250 minutes a month if you qualify

Take steps to lower your diastolic blood pressure

Seniors may get an even smaller Social Security raise than this year's

___



Index by Keyword   |   Index by Date   |   Privacy Policy   |   Terms of Service

Please note the green-lined linked article text has been applied commercially without any involvement from our newsroom editors, reporters or any other editorial staff.

# Exhibit A-11

FEAST | LADUE NEWS | ST. LOUIS' BEST BRIDAL



ST. LOUIS' #1 SOURCE FOR NEWS | PRINT EDITION | E EDITION | APPS





78°
Partly Cloudy

News | Opinion | Business | Sports | High Schools | Entertainment | Lifestyles | Photos | Autos | Homes | Jobs | Find & Save | Classifieds

**Hotel could boost Lambert air cargo effort**

**SOURCE:** Tim Bryant
ST. LOUIS POST-DISPATCH
**PUBLICATION:** St. Louis Post-Dispatch (MO)
**SECTION:** Business

**DATE:** February 27, 2009
**EDITION:** Third Edition
**PAGE:** B2

The Hilton Garden Inn, which had its grand opening Thursday, represents a key attraction in the effort to lure a cargo hub for China, area business leaders said.

Situated three miles east of Lambert-St. Louis International Airport at the North Park business center, the 136-room, $24-million hotel "is pretty integral to the whole development out here," said Bob O'Loughlin, chairman of the hotel's operator, Lodging Hospitality Management.

The hotel's owners include Paul McKee, an early backer of the air cargo effort, and Clayco Inc. Chairman Bob Clark.

The airport has the runway capacity and developable nearby land to accommodate air freight to and from China, Clark said.

"We're runway ready. We're land ready. We're hotel ready. We're ready to go."

McKee's son, Chris McKee, president of the family's McEagle Properties, said a special commission of area leaders will travel to China early next month to discuss the proposed Lambert hub with Chinese airline officials. He said the proposal "has a lot of traction in China."

Efforts are under way to raise money to build a $20 million to $30 million "China mart" near the hotel at North Park, McKee said. The facility would contain showrooms and numerous small offices that companies doing business with China would use to display products and discuss deals.

Work on the project could begin next year if developers can get funding from economic-development grants and other sources, including the government's stimulus package, McKee said.

O'Loughlin said the Hilton boosts the cargo hub proposal but would have been built regardless. Open a month, the hotel draws much of its business from nearby institutions including Express Scripts, the University of Missouri-St. Louis and Vatterott College. The hotel's occupancy rate, currently about 50 percent, should rise to 70 percent by June, O'Loughlin said.

**Caption:**
**Correction:**

today's deal



Pro Steam Carpet Care - Only $50 for 2 rooms carpet cleaned (up to 600 sq. ft.), 1 room with Teflon stain protector from Pro Steam Carpet Care! (A $140 value!)

Download the full text of this obituary
Back to top | Back to the search page

**Dell's Labor Day Sale**
www.Dell.com/LaborDay
Celebrate w/ Savings: Up to 34% Off Select Inspiron PCs w/ Intel® Core™



AdChoices ▷



Services

Advertise          Subscriber Services       Email Newsletters        Mobile              E-Edition
Archives           Corrections               Newspapers in Education   Post-Dispatch Store  Contact Us
Get It

© Copyright 2013, sttoday.com, 900 N. Tucker Blvd. St. Louis, MO | Terms of Service, Privacy Policy, and About our ads  | Find Area Businesses