UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHINA MART USA LLC,

       Plaintiff,

Case No.  1:12cv968

v.

Hon. Robert J. Jonker

AMERICAREERS, LLC,

       Defendant.
_____/

**ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS**

The Court having been advised by telephone conference on December 18, 2013, of a settlement to this matter,

**IT IS ORDERED** that closing documents shall be filed with the Court on or before **January 18, 2014**.  If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the court's docket, this case will be dismissed without prejudice and without costs.

        /s/ Robert J. Jonker
        Robert J. Jonker
        United States District Judge

Date:  December 18, 2013